# Exhibit A

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| **Effective Date of Termination** | **Title** | **Writer(s)** | **Registration Number** | **Registration Date** | **Publisher** |
| 2018-10-05 | LOVE ME DO | PAUL MCCARTNEY JOHN LENNON | EF 28620 | 1962-10-05 | SONY/ATV TUNES (BEECHWOOD MUSIC CORP.) |
| 2019-11-26 | P.S. I LOVE YOU | PAUL MCCARTNEY JOHN LENNON | EU 799728 | 1963-11-26 | SONY/ATV TUNES (BEECHWOOD MUSIC CORP.) |
| 2019-08-02 | THANK YOU GIRL | PAUL MCCARTNEY JOHN LENNON | EU 783064 | 1963-08-02 | SONY/ATV TUNES (CONRAD PUB. CO.) |
| 2019-11-18 | BAD TO ME | PAUL MCCARTNEY JOHN LENNON | PA 568-663 | 1963-11-18 | SONY/ATV TUNES (EMI UNART) |
| 2019-04-26 | DO YOU WANT TO KNOW A SECRET | PAUL MCCARTNEY JOHN LENNON | EFO 92297 | 1963-04-26 | SONY/ATV TUNES (EMI UNART) |
| 2019-06-30 | I'LL BE ON MY WAY | PAUL MCCARTNEY JOHN LENNON | PA 568-656 | 1963-06-30 | SONY/ATV TUNES (EMI UNART) |
| 2019-11-18 | I'LL KEEP YOU SATISFIED | PAUL MCCARTNEY JOHN LENNON | PA 568-662 | 1963-11-18 | SONY/ATV TUNES (EMI UNART) |
| 2019-11-18 | BAD TO ME | PAUL MCCARTNEY JOHN LENNON | PA 568-663 | 1963-11-18 | SONY/ATV TUNES |
| 2019-04-26 | DO YOU WANT TO KNOW A SECRET | PAUL MCCARTNEY JOHN LENNON | EFO 92297 | 1963-04-26 | SONY/ATV TUNES |
| 2019-08-23 | HELLO, LITTLE GIRL | PAUL MCCARTNEY JOHN LENNON | EFO 95128 | 1963-08-23 | SONY/ATV TUNES |
| 2019-07-26 | I CALL YOUR NAME | PAUL MCCARTNEY JOHN LENNON | EFO 95799 | 1963-07-26 | SONY/ATV TUNES |
| 2019-06-30 | I'LL BE ON MY WAY | PAUL MCCARTNEY JOHN LENNON | PA 568-656 | 1963-06-30 | SONY/ATV TUNES |
| 2019-08-09 | I'LL GET YOU | PAUL MCCARTNEY JOHN LENNON | EFO 94631 | 1963-08-09 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2019-11-18 | I'LL KEEP YOU SATISFIED | PAUL MCCARTNEY JOHN LENNON | PA 568-662 | 1963-11-18 | SONY/ATV TUNES |
| 2019-11-18 | I'M IN LOVE | PAUL MCCARTNEY JOHN LENNON | EF 29714 | 1963-11-18 | SONY/ATV TUNES |
| 2019-10-04 | LOVE OF THE LOVED | PAUL MCCARTNEY JOHN LENNON | EFO 95513 | 1963-10-04 | SONY/ATV TUNES |
| 2019-08-08 | TIP OF MY TONGUE | PAUL MCCARTNEY JOHN LENNON | EFO 94568 | 1963-08-08 | SONY/ATV TUNES |
| 2019-11-20 | I WANT TO HOLD YOUR HAND | PAUL MCCARTNEY JOHN LENNON | EF 28849 | 1963-11-20 | SONY/ATV TUNES |
| 2019-12-02 | ALL I'VE GOT TO DO | PAUL MCCARTNEY JOHN LENNON | PA 568-665 | 1963-12-02 | SONY/ATV TUNES |
| 2019-12-02 | ALL MY LOVING | PAUL MCCARTNEY JOHN LENNON | PA 568-664 | 1963-12-02 | SONY/ATV TUNES |
| 2019-12-04 | HOLD ME TIGHT | PAUL MCCARTNEY JOHN LENNON | PA 568-661 | 1963-12-04 | SONY/ATV TUNES |
| 2019-12-02 | IT WON'T BE LONG | PAUL MCCARTNEY JOHN LENNON | PA 568-660 | 1963-12-02 | SONY/ATV TUNES |
| 2019-12-02 | LITTLE CHILD | PAUL MCCARTNEY JOHN LENNON | PA 568-659 | 1963-12-02 | SONY/ATV TUNES |
| 2019-12-04 | NOT A SECOND TIME | PAUL MCCARTNEY JOHN LENNON | PA 568-658 | 1963-12-04 | SONY/ATV TUNES |
| 2019-12-02 | THIS BOY | PAUL MCCARTNEY JOHN LENNON | PA 568-657 | 1963-12-02 | SONY/ATV TUNES |
| 2019-08-02 | THANK YOU GIRL | PAUL MCCARTNEY JOHN LENNON | EU 783064 | 1963-08-02 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2020-04-01 | ALL I'VE GOT TO DO | PAUL MCCARTNEY JOHN LENNON | EP 189314 | 1964-04-01 | SONY/ATV TUNES (LONDON SONGS, LTD.) |
| 2020-08-17 | ALL I'VE GOT TO DO (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 193066 | 1964-08-17 | SONY/ATV TUNES |
| 2020-04-01 | ALL MY LOVING | PAUL MCCARTNEY JOHN LENNON | EP 190042 | 1964-04-01 | SONY/ATV TUNES |
| 2020-08-17 | ALL MY LOVING (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 193065 | 1964-08-17 | SONY/ATV TUNES |
| 2020-07-14 | AND I LOVE HER | PAUL MCCARTNEY JOHN LENNON | EF 29400 | 1964-07-14 | SONY/ATV TUNES |
| 2020-07-17 | ANYTIME AT ALL | PAUL MCCARTNEY JOHN LENNON | EF 29401 | 1964-07-17 | SONY/ATV TUNES |
| 2020-11-20 | BABY'S IN BLACK | PAUL MCCARTNEY JOHN LENNON | EU 857246 | 1964-11-20 | SONY/ATV TUNES |
| 2020-12-11 | BABY'S IN BLACK | PAUL MCCARTNEY JOHN LENNON | EFO 104702 | 1964-12-11 | SONY/ATV TUNES |
| 2020-03-10 | CAN'T BUY ME LOVE | PAUL MCCARTNEY JOHN LENNON | EF 28945 | 1964-03-10 | SONY/ATV TUNES |
| 2020-08-17 | CAN'T BUY ME LOVE (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 193067 | 1964-08-17 | SONY/ATV TUNES |
| 2020-11-20 | EIGHT DAYS A WEEK | PAUL MCCARTNEY JOHN LENNON | EU 857250 | 1964-11-20 | SONY/ATV TUNES |
| 2020-12-11 | EIGHT DAYS A WEEK | PAUL MCCARTNEY JOHN LENNON | EFO 104701 | 1964-12-11 | SONY/ATV TUNES |
| 2020-11-20 | EVERY LITTLE THING | PAUL MCCARTNEY JOHN LENNON | EU 857249 | 1964-11-20 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2020-12-11 | EVERY LITTLE THING | PAUL MCCARTNEY JOHN LENNON | EFO 104704 | 1964-12-11 | SONY/ATV TUNES |
| 2020-11-20 | FOLLOW THE SUN (a/k/a I'LL FOLLOW THE SUN) | PAUL MCCARTNEY JOHN LENNON | EU 857248 | 1964-11-20 | SONY/ATV TUNES |
| 2020-07-15 | FROM A WINDOW | PAUL MCCARTNEY JOHN LENNON | EF 29404 | 1964-07-15 | SONY/ATV TUNES |
| 2020-06-25 | HARD DAY'S NIGHT, A | PAUL MCCARTNEY JOHN LENNON | EF 29204 | 1964-06-25 | SONY/ATV TUNES |
| 2020-08-17 | HARD DAY'S NIGHT, A (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 193064 | 1964-08-17 | SONY/ATV TUNES |
| 2020-04-01 | HOLD ME TIGHT | PAUL MCCARTNEY JOHN LENNON | EP 189320 | 1964-04-01 | SONY/ATV TUNES |
| 2020-08-17 | HOLD ME TIGHT (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 193069 | 1964-08-17 | SONY/ATV TUNES |
| 2020-09-18 | I DON'T WANT TO SEE YOU AGAIN | PAUL MCCARTNEY JOHN LENNON | EFO 103394 | 1964-09-18 | SONY/ATV TUNES |
| 2020-11-20 | I DON'T WANT TO SPOIL THE PARTY | PAUL MCCARTNEY JOHN LENNON | EU 857251 | 1964-11-20 | SONY/ATV TUNES |
| 2020-12-11 | I DON'T WANT TO SPOIL THE PARTY | PAUL MCCARTNEY JOHN LENNON | EFO 104703 | 1964-12-11 | SONY/ATV TUNES |
| 2020-11-20 | I FEEL FINE | PAUL MCCARTNEY JOHN LENNON | EU 857245 | 1964-11-20 | SONY/ATV TUNES |
| 2020-11-27 | I FEEL FINE | PAUL MCCARTNEY JOHN LENNON | EFO 104055 | 1964-11-27 | SONY/ATV TUNES |
| 2020-07-17 | I SHOULD HAVE KNOWN BETTER | PAUL MCCARTNEY JOHN LENNON | EF 29396 | 1964-07-17 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2020-07-17 | I'LL BE BACK | PAUL MCCARTNEY JOHN LENNON | EF 29402 | 1964-07-17 | SONY/ATV TUNES |
| 2020-07-17 | I'LL CRY INSTEAD | PAUL MCCARTNEY JOHN LENNON | EF 29403 | 1964-07-17 | SONY/ATV TUNES |
| 2020-12-11 | I'LL FOLLOW THE SUN | PAUL MCCARTNEY JOHN LENNON | EFO 104699 | 1964-12-11 | SONY/ATV TUNES |
| 2020-08-17 | I'LL GET YOU (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 193070 | 1964-08-17 | SONY/ATV TUNES |
| 2020-10-28 | I'M A LOSER | PAUL MCCARTNEY JOHN LENNON | EU 853541 | 1964-10-28 | SONY/ATV TUNES |
| 2020-12-21 | I'M A LOSER | PAUL MCCARTNEY JOHN LENNON | EFO 105073 | 1964-12-21 | SONY/ATV TUNES |
| 2020-07-17 | I'M HAPPY JUST TO DANCE WITH YOU | PAUL MCCARTNEY JOHN LENNON | EF 29398 | 1964-07-17 | SONY/ATV TUNES |
| 2020-07-17 | IF I FELL | PAUL MCCARTNEY JOHN LENNON | EF 29397 | 1964-07-17 | SONY/ATV TUNES |
| 2020-04-01 | IT WON'T BE LONG | PAUL MCCARTNEY JOHN LENNON | EP 189318 | 1964-04-01 | SONY/ATV TUNES |
| 2020-08-17 | IT WON'T BE LONG (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 193071 | 1964-08-17 | SONY/ATV TUNES |
| 2020-07-29 | IT'S FOR YOU | PAUL MCCARTNEY JOHN LENNON | EF 29407 | 1964-07-29 | SONY/ATV TUNES |
| 2020-07-29 | IT'S FOR YOU | PAUL MCCARTNEY JOHN LENNON | EU 836509 | 1964-07-29 | SONY/ATV TUNES |
| 2020-06-11 | LIKE DREAMERS DO | PAUL MCCARTNEY JOHN LENNON | EF 29102 | 1964-06-11 | SONY/ATV TUNES |

| | PAUL McCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2020-04-01 | LITTLE CHILD | PAUL MCCARTNEY JOHN LENNON | EP 189316 | 1964-04-01 | SONY/ATV TUNES |
| 2020-08-17 | LITTLE CHILD (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 193072 | 1964-08-17 | SONY/ATV TUNES |
| 2020-11-20 | NO REPLY | PAUL MCCARTNEY JOHN LENNON | EU 857247 | 1964-11-20 | SONY/ATV TUNES |
| 2020-12-11 | NO REPLY | PAUL MCCARTNEY JOHN LENNON | EFO 104700 | 1964-12-11 | SONY/ATV TUNES |
| 2020-06-11 | NOBODY I KNOW | PAUL MCCARTNEY JOHN LENNON | EF 29490 | 1964-06-11 | SONY/ATV TUNES |
| 2020-04-01 | NOT A SECOND TIME | PAUL MCCARTNEY JOHN LENNON | EP 189317 | 1964-04-01 | SONY/ATV TUNES |
| 2020-08-17 | NOT A SECOND TIME (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 193073 | 1964-08-17 | SONY/ATV TUNES |
| 2020-05-26 | ONE AND ONE IS TWO | PAUL MCCARTNEY JOHN LENNON | EF 29098 | 1964-05-26 | SONY/ATV TUNES |
| 2020-07-24 | RINGO'S THEME (THIS BOY) | PAUL MCCARTNEY JOHN LENNON | EF 29264 | 1964-07-24 | SONY/ATV TUNES |
| 2020-11-20 | SHE'S A WOMAN | PAUL MCCARTNEY JOHN LENNON | EU 857244 | 1964-11-20 | SONY/ATV TUNES |
| 2020-11-30 | SHE'S A WOMAN | PAUL MCCARTNEY JOHN LENNON | EFO 104248 | 1964-11-30 | SONY/ATV TUNES |
| 2020-07-10 | TELL ME WHY | PAUL MCCARTNEY JOHN LENNON | EF 29399 | 1964-07-10 | SONY/ATV TUNES |
| 2020-07-07 | THINGS WE SAID TODAY | PAUL MCCARTNEY JOHN LENNON | EF 29250 | 1964-07-07 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2020-04-01 | THIS BOY | PAUL MCCARTNEY JOHN LENNON | EP 189315 | 1964-04-01 | SONY/ATV TUNES |
| 2020-08-17 | THIS BOY (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 193074 | 1964-08-17 | SONY/ATV TUNES |
| 2020-11-20 | WHAT YOU'RE DOING | PAUL MCCARTNEY JOHN LENNON | EU 857252 | 1964-11-20 | SONY/ATV TUNES |
| 2020-12-08 | WHAT YOU'RE DOING | PAUL MCCARTNEY JOHN LENNON | EFO 104539 | 1964-12-08 | SONY/ATV TUNES |
| 2020-07-20 | WHEN I GET HOME | PAUL MCCARTNEY JOHN LENNON | EF 29395 | 1964-07-20 | SONY/ATV TUNES |
| 2020-03-05 | WORLD WITHOUT LOVE | PAUL MCCARTNEY JOHN LENNON | EF 28963 | 1964-03-05 | SONY/ATV TUNES |
| 2020-04-01 | WORLD WITHOUT LOVE (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 189313 | 1964-04-01 | SONY/ATV TUNES |
| 2020-03-06 | YOU CAN'T DO THAT | PAUL MCCARTNEY JOHN LENNON | EF 28961 | 1964-03-06 | SONY/ATV TUNES |
| 2020-04-01 | YOU CAN'T DO THAT (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 189311 | 1964-04-01 | SONY/ATV TUNES |
| 2020-08-17 | YOU CAN'T DO THAT (arrangement) | PAUL MCCARTNEY JOHN LENNON | EP 193075 | 1964-08-17 | SONY/ATV TUNES |
| 2021-06-29 | ANOTHER GIRL | PAUL MCCARTNEY JOHN LENNON | EU 888893 | 1965-06-29 | SONY/ATV TUNES |
| 2021-07-16 | ANOTHER GIRL | PAUL MCCARTNEY JOHN LENNON | EFO 108503 | 1965-07-16 | SONY/ATV TUNES |
| 2021-08-11 | AUNTIE GIN'S THEME | PAUL MCCARTNEY JOHN LENNON | EU 897898 | 1965-08-11 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2021-11-29 | DAY TRIPPER | PAUL MCCARTNEY JOHN LENNON | EFO 111026 | 1965-11-29 | SONY/ATV TUNES |
| 2021-12-07 | DRIVE MY CAR | PAUL MCCARTNEY JOHN LENNON | EFO 111336 | 1965-12-07 | SONY/ATV TUNES |
| 2021-12-20 | GIRL | PAUL MCCARTNEY JOHN LENNON | EFO 111762 | 1965-12-20 | SONY/ATV TUNES |
| 2021-06-29 | HELP | PAUL MCCARTNEY JOHN LENNON | EU 888892 | 1965-06-29 | SONY/ATV TUNES |
| 2021-07-14 | HELP | PAUL MCCARTNEY JOHN LENNON | EFO 108505 | 1965-07-14 | SONY/ATV TUNES |
| 2021-07-19 | I'M DOWN | PAUL MCCARTNEY JOHN LENNON | EFO 108776 | 1965-07-19 | SONY/ATV TUNES |
| 2021-07-19 | I'M DOWN | PAUL MCCARTNEY JOHN LENNON | EU 894008 | 1965-07-19 | SONY/ATV TUNES |
| 2021-12-16 | I'M LOOKING THROUGH YOU | PAUL MCCARTNEY JOHN LENNON | EFO 111394 | 1965-12-16 | SONY/ATV TUNES |
| 2021-07-21 | I'VE JUST SEEN A FACE | PAUL MCCARTNEY JOHN LENNON | EFO 108810 | 1965-07-21 | SONY/ATV TUNES |
| 2021-12-07 | IN MY LIFE | PAUL MCCARTNEY JOHN LENNON | EFO 111028 | 1965-12-07 | SONY/ATV TUNES |
| 2021-07-21 | IT'S ONLY LOVE | PAUL MCCARTNEY JOHN LENNON | EFO 108811 | 1965-07-21 | SONY/ATV TUNES |
| 2021-12-16 | MICHELLE | PAUL MCCARTNEY JOHN LENNON | EFO 111398 | 1965-12-16 | SONY/ATV TUNES |
| 2021-06-29 | NIGHT BEFORE, THE | PAUL MCCARTNEY JOHN LENNON | EU 888894 | 1965-06-29 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2021-07-28 | NIGHT BEFORE, THE | PAUL MCCARTNEY JOHN LENNON | EFO 108898 | 1965-07-28 | SONY/ATV TUNES |
| 2021-12-02 | NORWEGIAN WOOD (THIS BIRD HAS FLOWN) | PAUL MCCARTNEY JOHN LENNON | EFO 111817 | 1965-12-02 | SONY/ATV TUNES |
| 2021-12-03 | NOWHERE MAN | PAUL MCCARTNEY JOHN LENNON | EFO 111816 | 1965-12-03 | SONY/ATV TUNES |
| 2021-12-16 | RUN FOR YOUR LIFE | PAUL MCCARTNEY JOHN LENNON | EFO 111396 | 1965-12-16 | SONY/ATV TUNES |
| 2021-08-11 | SCRAMBLED EGG | PAUL MCCARTNEY JOHN LENNON | EU 897896 | 1965-08-11 | SONY/ATV TUNES |
| 2021-07-12 | TELL ME WHAT YOU SEE | PAUL MCCARTNEY JOHN LENNON | EU 893229 | 1965-07-12 | SONY/ATV TUNES |
| 2021-07-14 | TELL ME WHAT YOU SEE | PAUL MCCARTNEY JOHN LENNON | EFO 108504 | 1965-07-14 | SONY/ATV TUNES |
| 2021-07-08 | THAT MEANS A LOT | PAUL MCCARTNEY JOHN LENNON | EU 893218 | 1965-07-08 | SONY/ATV TUNES |
| 2021-10-12 | THAT MEANS A LOT | PAUL MCCARTNEY JOHN LENNON | EFO 110151 | 1965-10-12 | SONY/ATV TUNES |
| 2021-08-11 | THAT'S A NICE HAT; THAT'S A NICE CAP | PAUL MCCARTNEY JOHN LENNON | EU 897897 | 1965-08-11 | SONY/ATV TUNES |
| 2021-04-07 | TICKET TO RIDE | PAUL MCCARTNEY JOHN LENNON | EFO 106878 | 1965-04-07 | SONY/ATV TUNES |
| 2021-12-16 | WAIT | PAUL MCCARTNEY JOHN LENNON | EFO 111393 | 1965-12-16 | SONY/ATV TUNES |
| 2021-12-02 | WE CAN WORK IT OUT | PAUL MCCARTNEY JOHN LENNON | EFO 111764 | 1965-12-02 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2021-12-20 | WHAT GOES ON | PAUL MCCARTNEY JOHN LENNON RICHARD STARKEY | EFO 112293 | 1965-12-20 | SONY/ATV TUNES |
| 2021-12-13 | WORD, THE | PAUL MCCARTNEY JOHN LENNON | EFO 111399 | 1965-12-13 | SONY/ATV TUNES |
| 2021-04-07 | YES, IT IS | PAUL MCCARTNEY JOHN LENNON | EFO 106875 | 1965-04-07 | SONY/ATV TUNES |
| 2021-07-21 | YESTERDAY | PAUL MCCARTNEY JOHN LENNON | EF 30816 | 1965-07-21 | SONY/ATV TUNES |
| 2021-07-21 | YESTERDAY | PAUL MCCARTNEY JOHN LENNON | EFO 108812 | 1965-07-21 | SONY/ATV TUNES |
| 2021-12-20 | YOU WON'T SEE ME | PAUL MCCARTNEY JOHN LENNON | EFO 111761 | 1965-12-20 | SONY/ATV TUNES |
| 2021-06-29 | YOU'RE GOING TO LOSE THAT GIRL | PAUL MCCARTNEY JOHN LENNON | EU 888897 | 1965-06-29 | SONY/ATV TUNES |
| 2021-07-28 | YOU'RE GOING TO LOSE THAT GIRL | PAUL MCCARTNEY JOHN LENNON | EFO 108900 | 1965-07-28 | SONY/ATV TUNES |
| 2021-06-29 | YOU'VE GOT TO HIDE YOUR LOVE AWAY | PAUL MCCARTNEY JOHN LENNON | EU 888896 | 1965-06-29 | SONY/ATV TUNES |
| 2021-07-28 | YOU'VE GOT TO HIDE YOUR LOVE AWAY | PAUL MCCARTNEY JOHN LENNON | EFO 108899 | 1965-07-28 | SONY/ATV TUNES |
| 2022-06-09 | AND YOUR BIRD CAN SING | PAUL MCCARTNEY JOHN LENNON | EU 94168 | 1966-06-09 | SONY/ATV TUNES |
| 2022-08-02 | AND YOUR BIRD CAN SING | PAUL MCCARTNEY JOHN LENNON | EFO 115518 | 1966-08-02 | SONY/ATV TUNES |
| 2022-06-09 | DR. ROBERT (a/k/a DOCTOR ROBERT) | PAUL MCCARTNEY JOHN LENNON | EU 941267 | 1966-06-09 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2022-08-04 | DR. ROBERT (a/k/a DOCTOR ROBERT) | PAUL MCCARTNEY JOHN LENNON | EFO 115505 | 1966-08-04 | SONY/ATV TUNES |
| 2022-08-01 | ELEANOR RIGBY | PAUL MCCARTNEY JOHN LENNON | EFO 115432 | 1966-08-01 | SONY/ATV TUNES |
| 2022-12-22 | FAMILY WAY | PAUL MCCARTNEY | EFO 118375 | 1966-12-22 | SONY/ATV TUNES |
| 2022-08-05 | FOR NO ONE | PAUL MCCARTNEY JOHN LENNON | EFO 115506 | 1966-08-05 | SONY/ATV TUNES |
| 2022-08-02 | GOOD DAY SUNSHINE | PAUL MCCARTNEY JOHN LENNON | EFO 115517 | 1966-08-02 | SONY/ATV TUNES |
| 2022-08-09 | GOT TO GET YOU INTO MY LIFE | PAUL MCCARTNEY JOHN LENNON | EFO 115690 | 1966-08-09 | SONY/ATV TUNES |
| 2022-08-02 | HERE, THERE AND EVERYWHERE | PAUL MCCARTNEY JOHN LENNON | EFO 115516 | 1966-08-02 | SONY/ATV TUNES |
| 2022-06-09 | I'M ONLY SLEEPING | PAUL MCCARTNEY JOHN LENNON | EU 941264 | 1966-06-09 | SONY/ATV TUNES |
| 2022-08-02 | I'M ONLY SLEEPING | PAUL MCCARTNEY JOHN LENNON | EFO 115519 | 1966-08-02 | SONY/ATV TUNES |
| 2022-12-22 | LOVE IN THE OPEN AIR | PAUL MCCARTNEY | EFO 118374 | 1966-12-22 | SONY/ATV TUNES |
| 2022-05-05 | MICHELLE | PAUL MCCARTNEY JOHN LENNON | EU 937014 | 1966-05-05 | SONY/ATV TUNES |
| 2022-06-06 | PAPERBACK WRITER | PAUL MCCARTNEY JOHN LENNON | EFO 114981 | 1966-06-06 | SONY/ATV TUNES |
| 2022-06-07 | PAPER-BACK WRITER | PAUL MCCARTNEY JOHN LENNON | EU 941266 | 1966-06-07 | SONY/ATV TUNES |
| 2022-06-06 | RAIN | PAUL MCCARTNEY JOHN LENNON | EFO 114982 | 1966-06-06 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2022-06-07 | RAIN | PAUL MCCARTNEY JOHN LENNON | EU 941265 | 1966-06-07 | SONY/ATV TUNES |
| 2022-08-04 | SHE SAID SHE SAID | PAUL MCCARTNEY JOHN LENNON | EFO 115504 | 1966-08-04 | SONY/ATV TUNES |
| 2022-08-10 | TOMORROW NEVER KNOWS | PAUL MCCARTNEY JOHN LENNON | EFO 115689 | 1966-08-10 | SONY/ATV TUNES |
| 2022-02-01 | WOMAN | BERNARD WEBB (pseudonym of Paul McCartney and John Lennon) | EU 922868 | 1966-02-01 | SONY/ATV TUNES |
| 2022-02-10 | WOMAN | BERNARD WEBB (pseudonym of Paul McCartney and John Lennon) | EFO 112089 | 1966-02-10 | SONY/ATV TUNES |
| 2022-08-01 | YELLOW SUBMARINE | PAUL MCCARTNEY JOHN LENNON | EFO 115431 | 1966-08-01 | SONY/ATV TUNES |
| 2023-07-05 | ALL YOU NEED IS LOVE | PAUL MCCARTNEY JOHN LENNON | EFO 122819 | 1967-07-05 | SONY/ATV TUNES |
| 2023-07-05 | BABY YOU'RE A RICH MAN | PAUL MCCARTNEY JOHN LENNON | EFO 123039 | 1967-07-05 | SONY/ATV TUNES |
| 2023-05-30 | BEING FOR THE BENEFIT OF MR. KITE | PAUL MCCARTNEY JOHN LENNON | EFO 121846 | 1967-05-30 | SONY/ATV TUNES |
| 2023-10-30 | CATCALL | PAUL MCCARTNEY | EF 32369 | 1967-10-30 | SONY/ATV TUNES |
| 2023-05-30 | DAY IN THE LIFE | PAUL MCCARTNEY JOHN LENNON | EFO 121838 | 1967-05-30 | SONY/ATV TUNES |
| 2023-05-30 | FIXING A HOLE | PAUL MCCARTNEY JOHN LENNON | EFO 121844 | 1967-05-30 | SONY/ATV TUNES |
| 2023-12-08 | FOOL ON THE HILL | PAUL MCCARTNEY JOHN LENNON | EU 28889 | 1967-12-08 | SONY/ATV TUNES |
| 2023-12-20 | FOOL ON THE HILL | PAUL MCCARTNEY JOHN LENNON | EFO 125935 | 1967-12-20 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| **Effective Date of Termination** | **Title** | **Writer(s)** | **Registration Number** | **Registration Date** | **Publisher** |
| 2023-05-30 | GETTING BETTER | PAUL MCCARTNEY JOHN LENNON | EFO 121839 | 1967-05-30 | SONY/ATV TUNES |
| 2023-05-30 | GOOD MORNING, GOOD MORNING | PAUL MCCARTNEY JOHN LENNON | EFO 121843 | 1967-05-30 | SONY/ATV TUNES |
| 2023-11-20 | HELLO GOODBYE | PAUL MCCARTNEY JOHN LENNON | EFO 125247 | 1967-11-20 | SONY/ATV TUNES |
| 2023-11-29 | I AM THE WALRUS | PAUL MCCARTNEY JOHN LENNON | EFO 125663 | 1967-11-29 | SONY/ATV TUNES |
| 2023-05-30 | LOVELY RITA | PAUL MCCARTNEY JOHN LENNON | EFO 121845 | 1967-05-30 | SONY/ATV TUNES |
| 2023-05-30 | LUCY IN THE SKY WITH DIAMONDS | PAUL MCCARTNEY JOHN LENNON | EFO 121847 | 1967-05-30 | SONY/ATV TUNES |
| 2023-12-08 | MAGICAL MYSTERY TOUR | PAUL MCCARTNEY JOHN LENNON | EU 28887 | 1967-12-08 | SONY/ATV TUNES |
| 2023-12-15 | MAGICAL MYSTERY TOUR | PAUL MCCARTNEY JOHN LENNON | EFO 125932 | 1967-12-15 | SONY/ATV TUNES |
| 2023-02-16 | PENNY LANE | PAUL MCCARTNEY JOHN LENNON | EFO 119136 | 1967-02-16 | SONY/ATV TUNES |
| 2023-05-30 | SGT. PEPPER'S LONELY HEARTS CLUB BAND | PAUL MCCARTNEY JOHN LENNON | EFO 121837 | 1967-05-30 | SONY/ATV TUNES |
| 2023-05-30 | SHE'S LEAVING HOME | PAUL MCCARTNEY JOHN LENNON | EFO 121841 | 1967-05-30 | SONY/ATV TUNES |
| 2023-02-16 | STRAWBERRY FIELDS FOREVER | PAUL MCCARTNEY JOHN LENNON | EFO 119138 | 1967-02-16 | SONY/ATV TUNES |
| 2023-05-30 | WHEN I'M SIXTY-FOUR | PAUL MCCARTNEY JOHN LENNON | EFO 121840 | 1967-05-30 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| **Effective Date of Termination** | **Title** | **Writer(s)** | **Registration Number** | **Registration Date** | **Publisher** |
| 2023-05-30 | WITH A LITTLE HELP FROM MY FRIENDS | PAUL MCCARTNEY JOHN LENNON | EFO 121842 | 1967-05-30 | SONY/ATV TUNES |
| 2023-12-08 | YOUR MOTHER SHOULD KNOW | PAUL MCCARTNEY JOHN LENNON | EU 28890 | 1967-12-08 | SONY/ATV TUNES |
| 2023-12-15 | YOUR MOTHER SHOULD KNOW | PAUL MCCARTNEY JOHN LENNON | EFO 125933 | 1967-12-15 | SONY/ATV TUNES |
| 2024-08-13 | ALL TOGETHER NOW | PAUL MCCARTNEY JOHN LENNON | EFO 132348 | 1968-08-13 | SONY/ATV TUNES |
| 2024-11-29 | BACK IN THE U.S.S.R. | PAUL MCCARTNEY JOHN LENNON | EFO 132183 | 1968-11-29 | SONY/ATV TUNES |
| 2024-12-09 | BIRTHDAY | PAUL MCCARTNEY JOHN LENNON | EFO 132195 | 1968-12-09 | SONY/ATV TUNES |
| 2024-12-18 | BLACKBIRD | PAUL MCCARTNEY JOHN LENNON | EFO 132409 | 1968-12-18 | SONY/ATV TUNES |
| 2024-11-29 | CONTINUING STORY OF BUNGALOW BILL | PAUL MCCARTNEY JOHN LENNON | EFO 132187 | 1968-11-29 | SONY/ATV TUNES |
| 2024-11-29 | CRY BABY CRY | PAUL MCCARTNEY JOHN LENNON | EFO 132184 | 1968-11-29 | SONY/ATV TUNES |
| 2024-11-25 | DEAR PRUDENCE | PAUL MCCARTNEY JOHN LENNON | EFO 132181 | 1968-11-25 | SONY/ATV TUNES |
| 2024-12-04 | EVERYBODY'S GOT SOMETHING TO HIDE EXCEPT ME AND MY MONKEY | PAUL MCCARTNEY JOHN LENNON | EFO 132176 | 1968-12-04 | SONY/ATV TUNES |
| 2024-01-01 | FLYING | PAUL MCCARTNEY JOHN LENNON GEORGE HARRISON RICHARD STARKEY | EFO 126065 | 1968-01-01 | SONY/ATV TUNES |

14

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| **Effective Date of Termination** | **Title** | **Writer(s)** | **Registration Number** | **Registration Date** | **Publisher** |
| 2024-11-25 | GLASS ONION | PAUL MCCARTNEY JOHN LENNON | EFO 132182 | 1968-11-25 | SONY/ATV TUNES |
| 2024-11-25 | GOOD NIGHT | PAUL MCCARTNEY JOHN LENNON | EFO 132180 | 1968-11-25 | SONY/ATV TUNES |
| 2024-11-29 | HAPPINESS IS A WARM GUN | PAUL MCCARTNEY JOHN LENNON | EFO 132185 | 1968-11-29 | SONY/ATV TUNES |
| 2024-11-04 | HELTER SKELTER | PAUL MCCARTNEY JOHN LENNON | EFO 132178 | 1968-11-04 | SONY/ATV TUNES |
| 2024-08-13 | HEY BULLDOG | PAUL MCCARTNEY JOHN LENNON | EFO 132349 | 1968-08-13 | SONY/ATV TUNES |
| 2024-08-30 | HEY JUDE | PAUL MCCARTNEY JOHN LENNON | EFO 130571 | 1968-08-30 | SONY/ATV TUNES |
| 2024-09-03 | HEY JUDE | PAUL MCCARTNEY JOHN LENNON | EFO 71915 | 1968-09-03 | SONY/ATV TUNES |
| 2024-11-29 | HONEY PIE | PAUL MCCARTNEY JOHN LENNON | EFO 132186 | 1968-11-29 | SONY/ATV TUNES |
| 2024-12-18 | I WILL | PAUL MCCARTNEY JOHN LENNON | EFO 132407 | 1968-12-18 | SONY/ATV TUNES |
| 2024-12-19 | I'M SO TIRED | PAUL MCCARTNEY JOHN LENNON | EFO 132406 | 1968-12-19 | SONY/ATV TUNES |
| 2024-12-09 | JULIA | PAUL MCCARTNEY JOHN LENNON | EFO 132194 | 1968-12-09 | SONY/ATV TUNES |
| 2024-03-06 | LADY MADONNA | PAUL MCCARTNEY JOHN LENNON | EFO 127498 | 1968-03-06 | SONY/ATV TUNES |
| 2024-12-04 | MARTHA, MY DEAR | PAUL MCCARTNEY JOHN LENNON | EFO 132177 | 1968-12-04 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2024-12-04 | MOTHER NATURE'S SON | PAUL MCCARTNEY JOHN LENNON | EFO 132175 | 1968-12-04 | SONY/ATV TUNES |
| 2024-11-25 | OB-LA-DI, OB-LA-DA | PAUL MCCARTNEY JOHN LENNON | EFO 132179 | 1968-11-25 | SONY/ATV TUNES |
| 2024-09-03 | REVOLUTION | PAUL MCCARTNEY JOHN LENNON | EU 71914 | 1968-09-03 | SONY/ATV TUNES |
| 2024-09-04 | REVOLUTION | PAUL MCCARTNEY JOHN LENNON | EFO 130590 | 1968-09-04 | SONY/ATV TUNES |
| 2024-12-18 | ROCKY RACCOON | PAUL MCCARTNEY JOHN LENNON | EFO 132408 | 1968-12-18 | SONY/ATV TUNES |
| 2024-12-09 | SEXY SADIE | PAUL MCCARTNEY JOHN LENNON | EFO 132193 | 1968-12-09 | SONY/ATV TUNES |
| 2024-03-15 | STEP INSIDE LOVE | PAUL MCCARTNEY JOHN LENNON | EFO 127500 | 1968-03-15 | SONY/ATV TUNES |
| 2024-03-15 | STEP INSIDE, LOVE | PAUL MCCARTNEY JOHN LENNON | EFO 129289 | 1968-03-15 | SONY/ATV TUNES |
| 2024-08-20 | THINGUMYOB | PAUL MCCARTNEY JOHN LENNON | EFO 130589 | 1968-08-20 | SONY/ATV TUNES |
| 2024-08-13 | YELLOW SUBMARINE | PAUL MCCARTNEY JOHN LENNON | EFO 132348 | 1968-08-13 | SONY/ATV TUNES |
| 2024-12-06 | YER BLUES | PAUL MCCARTNEY JOHN LENNON | EFO 132192 | 1968-12-06 | SONY/ATV TUNES |
| 2025-06-05 | BALLAD OF JOHN & YOKO | PAUL MCCARTNEY JOHN LENNON | EFO 135746 | 1969-06-05 | SONY/ATV TUNES |
| 2025-10-15 | BECAUSE | PAUL MCCARTNEY JOHN LENNON | EU 147722 | 1969-10-15 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2025-10-21 | BECAUSE | PAUL MCCARTNEY JOHN LENNON | EFO 138427 | 1969-10-21 | SONY/ATV TUNES |
| 2025-10-15 | CARRY THAT WEIGHT | PAUL MCCARTNEY JOHN LENNON | EU 147729 | 1969-10-15 | SONY/ATV TUNES |
| 2025-10-17 | CARRY THAT WEIGHT | PAUL MCCARTNEY JOHN LENNON | EFO 138009 | 1969-10-17 | SONY/ATV TUNES |
| 2025-12-05 | COME AND GET IT | PAUL MCCARTNEY | EU 152944 | 1969-12-05 | SONY/ATV TUNES |
| 2025-12-05 | COME AND GET IT | PAUL MCCARTNEY | EFO 139197 | 1969-12-05 | SONY/ATV TUNES |
| 2025-10-02 | COME TOGETHER | PAUL MCCARTNEY JOHN LENNON | EFO 138012 | 1969-10-02 | SONY/ATV TUNES |
| 2025-04-23 | DON'T LET ME DOWN | PAUL MCCARTNEY JOHN LENNON | EFO 134950 | 1969-04-23 | SONY/ATV TUNES |
| 2025-10-15 | END, THE | PAUL MCCARTNEY JOHN LENNON | EU 147730 | 1969-10-15 | SONY/ATV TUNES |
| 2025-10-17 | END, THE | PAUL MCCARTNEY JOHN LENNON | EFO 138010 | 1969-10-17 | SONY/ATV TUNES |
| 2025-04-18 | GET BACK | PAUL MCCARTNEY JOHN LENNON | EFO 134591 | 1969-04-18 | SONY/ATV TUNES |
| 2025-10-14 | GOLDEN SLUMBERS | PAUL MCCARTNEY JOHN LENNON | EFO 138014 | 1969-10-14 | SONY/ATV TUNES |
| 2025-10-15 | GOLDEN SLUMBERS | PAUL MCCARTNEY JOHN LENNON | EU 147726 | 1969-10-15 | SONY/ATV TUNES |
| 2025-03-27 | GOODBYE | PAUL MCCARTNEY JOHN LENNON | EFO 134032 | 1969-03-27 | SONY/ATV TUNES |
| 2025-10-14 | HER MAJESTY | PAUL MCCARTNEY JOHN LENNON | EFO 138022 | 1969-10-14 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2025-10-15 | HER MAJESTY | PAUL MCCARTNEY JOHN LENNON | EU 147728 | 1969-10-15 | SONY/ATV TUNES |
| 2025-10-13 | I WANT YOU (SHE'S SO HEAVY) | PAUL MCCARTNEY JOHN LENNON | EFO 138013 | 1969-10-13 | SONY/ATV TUNES |
| 2025-10-15 | I WANT YOU (SHE'S SO HEAVY) | PAUL MCCARTNEY JOHN LENNON | EU 147720 | 1969-10-15 | SONY/ATV TUNES |
| 2025-10-07 | MAXWELL'S SILVER HAMMER | PAUL MCCARTNEY JOHN LENNON | EFO 138011 | 1969-10-07 | SONY/ATV TUNES |
| 2025-10-29 | MEAN MR. MUSTARD | PAUL MCCARTNEY JOHN LENNON | EFO 138650 | 1969-10-29 | SONY/ATV TUNES |
| 2025-10-15 | OH, DARLING | PAUL MCCARTNEY JOHN LENNON | EU 147721 | 1969-10-15 | SONY/ATV TUNES |
| 2025-10-13 | OH, DARLING! | PAUL MCCARTNEY JOHN LENNON | EFO 138023 | 1969-10-13 | SONY/ATV TUNES |
| 2025-10-15 | POLYTHENE PAM | PAUL MCCARTNEY JOHN LENNON | EU 147727 | 1969-10-15 | SONY/ATV TUNES |
| 2025-10-21 | POLYTHENE PAM | PAUL MCCARTNEY JOHN LENNON | EFO 138428 | 1969-10-21 | SONY/ATV TUNES |
| 2025-10-14 | SHE CAME IN THROUGH THE BATHROOM WINDOW | PAUL MCCARTNEY JOHN LENNON | EFO 138021 | 1969-10-14 | SONY/ATV TUNES |
| 2025-10-15 | SHE CAME IN THROUGH THE BATHROOM WINDOW | PAUL MCCARTNEY JOHN LENNON | EU 147723 | 1969-10-15 | SONY/ATV TUNES |
| 2025-10-15 | SUN KING | PAUL MCCARTNEY JOHN LENNON | EU 147724 | 1969-10-15 | SONY/ATV TUNES |
| 2025-10-21 | SUN KING | PAUL MCCARTNEY JOHN LENNON | EFO 138426 | 1969-10-21 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2025-06-17 | WHY DON'T WE DO IT IN THE ROAD? | PAUL MCCARTNEY JOHN LENNON | EU 123034 | 1969-06-17 | SONY/ATV TUNES |
| 2025-06-10 | WILD HONEY PIE | PAUL MCCARTNEY JOHN LENNON | EU 118230 | 1969-06-10 | SONY/ATV TUNES |
| 2025-10-15 | YOU NEVER GIVE ME YOUR MONEY | PAUL MCCARTNEY JOHN LENNON | EU 147725 | 1969-10-15 | SONY/ATV TUNES |
| 2025-10-23 | YOU NEVER GIVE ME YOUR MONEY | PAUL MCCARTNEY JOHN LENNON | EFO 138127 | 1969-10-23 | SONY/ATV TUNES |
| 2026-01-13 | ACROSS THE UNIVERSE | PAUL MCCARTNEY JOHN LENNON | EFO 139651 | 1970-01-13 | SONY/ATV TUNES |
| 2026-05-15 | DIG A PONY | PAUL MCCARTNEY JOHN LENNON | EFO 142263 | 1970-05-15 | SONY/ATV TUNES |
| 2026-05-29 | DIG IT | PAUL MCCARTNEY JOHN LENNON GEORGE HARRISON RICHARD STARKEY | EFO 142490 | 1970-05-29 | SONY/ATV TUNES |
| 2026-05-05 | EVERY NIGHT | PAUL MCCARTNEY | EFO 142067 | 1970-05-05 | SONY/ATV TUNES |
| 2026-05-15 | GLASSES | PAUL MCCARTNEY | EU 183660 | 1970-05-15 | SONY/ATV TUNES |
| 2026-05-07 | HOT AS SUN | PAUL MCCARTNEY | EFO 142106 | 1970-05-07 | SONY/ATV TUNES (LONDON SONGS, LTD.) |
| 2026-05-15 | I'VE GOT A FEELING | PAUL MCCARTNEY JOHN LENNON | EFO 142262 | 1970-05-15 | SONY/ATV TUNES |
| 2026-07-08 | JAZZ PIANO SONG | PAUL MCCARTNEY RICHARD STARKEY | EU 192918 | 1970-07-08 | SONY/ATV TUNES |
| 2026-05-07 | JUNK | PAUL MCCARTNEY | EFO 142108 | 1970-05-07 | SONY/ATV TUNES |
| 2026-06-05 | KREEN-AKRORE | PAUL MCCARTNEY | EU 186275 | 1970-06-05 | SONY/ATV TUNES |

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date | Publisher |
| 2026-03-06 | LET IT BE | PAUL MCCARTNEY JOHN LENNON | EFO 140570 | 1970-03-06 | SONY/ATV TUNES |
| 2026-05-15 | LONG AND WINDING ROAD, THE | PAUL MCCARTNEY JOHN LENNON | EFO 142261 | 1970-05-15 | SONY/ATV TUNES |
| 2026-05-11 | LOVELY LINDA, THE | PAUL MCCARTNEY | EF 35049 | 1970-05-11 | SONY/ATV TUNES |
| 2026-07-08 | MAGGIE MAE (arrangement) | PAUL MCCARTNEY JOHN LENNON GEORGE HARRISON RICHARD STARKEY | EU 192932 | 1970-07-08 | SONY/ATV TUNES |
| 2026-05-11 | MAN, WE WAS LONELY | PAUL MCCARTNEY | EFO 142745 | 1970-05-11 | SONY/ATV TUNES |
| 2026-05-11 | MAYBE I'M AMAZED | PAUL MCCARTNEY | EFO 142741 | 1970-05-11 | SONY/ATV TUNES |
| 2026-05-07 | MOMMA MISS AMERICA | PAUL MCCARTNEY | EFO 142107 | 1970-05-07 | SONY/ATV TUNES |
| 2026-05-15 | ONE AFTER 909 | PAUL MCCARTNEY JOHN LENNON | EFO 142260 | 1970-05-15 | SONY/ATV TUNES |
| 2026-05-11 | OO YOU | PAUL MCCARTNEY | EFO 142742 | 1970-05-11 | SONY/ATV TUNES |
| 2026-06-05 | PENINA | PAUL MCCARTNEY | EU 186277 | 1970-06-05 | SONY/ATV TUNES |
| 2026-06-05 | SINGALONG JUNK | PAUL MCCARTNEY | EU 186276 | 1970-06-05 | SONY/ATV TUNES |
| 2026-05-11 | TEDDY BOY | PAUL MCCARTNEY | EFO 142744 | 1970-05-11 | SONY/ATV TUNES |
| 2026-05-11 | THAT WOULD BE SOMETHING | PAUL MCCARTNEY | EFO 142743 | 1970-05-11 | SONY/ATV TUNES |
| 2026-05-15 | TWO OF US | PAUL MCCARTNEY JOHN LENNON | EFO 142259 | 1970-05-15 | SONY/ATV TUNES |
| 2026-05-07 | VALENTINE DAY | PAUL MCCARTNEY | EFO 142109 | 1970-05-07 | SONY/ATV TUNES |
| 2026-03-18 | YOU KNOW MY NAME (LOOK UP THE NUMBER) | PAUL MCCARTNEY JOHN LENNON | EFO 141139 | 1970-03-18 | SONY/ATV TUNES |