# EXHIBIT B-1



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION |  |
|---|---|
| 15Oct08 |  |

| VOLUME | DOC. NO. |
|---|---|
| 3573 | 106 |

| VOLUME | DOC. NO. |
|---|---|
|  |  |

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

C-769   JANUARY 2004 — 4,000

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING:   **PAUL McCARTNEY**

(1)   NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

Beechwood Music Corp.
c/o EMI Music Publishing
75 Ninth Avenue, 4th Floor
New York, NY 10011

(2)   TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND DATE, AND EFFECTIVE DATE OF TERMINATION:

| | |
|---|---|
| Title: | **LOVE ME DO** |
| Author(s): | Paul McCartney / John Lennon |
| Original Registration #: | EF 28620 |
| Original Date of Copyright: | 10/5/1962 |
| Effective Date of Termination: | 10/5/2018 |

(3)   A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH THE NOTICE OF TERMINATION APPLIES:

Grant or transfer of copyright and the rights of copyright proprietor, including publication and recording rights.

(4)   NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF PERSON(S) EFFECTING TERMINATION:

Paul McCartney - 100% - Author
c/o Eastman & Eastman
39 West 54th Street
New York, NY 10019

Signed: _____

Lee V. Eastman

As Attorney, on behalf of Paul McCartney

V3573 D106



For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by Certified Mail, Return Receipt Requested on October 6, 2008.

V3573 D106   Page 1

# EXHIBIT B-2



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION | |
|---|---|
| 2Dec09 | |

| VOLUME | DOC. NO. |
|---|---|
| 3535 | 51 |

| VOLUME | DOC. NO. |
|---|---|

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING: _____ **PAUL McCARTNEY** _____

(1) NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

Beechwood Music Corp.
c/o EMI Music Publishing
75 Ninth Avenue, 4th Floor
New York, NY 10011

(2) TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND DATE, AND EFFECTIVE DATE OF TERMINATION:

| | |
|---|---|
| Title: | **P.S. I LOVE YOU** |
| Author(s): | Paul McCartney / John Lennon |
| Original Registration #: | EU 799728 |
| Original Date of Copyright: | 11/26/1963 |
| Effective Date of Termination: | 11/26/2019 |

(3) A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH THE NOTICE OF TERMINATION APPLIES:

Grant or transfer of copyright and the rights of copyright proprietor, including publication and recording rights.

(4) NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF PERSON(S) EFFECTING TERMINATION:

Paul McCartney - 100% - Author
c/o Eastman & Eastman
39 West 54th Street
New York, NY 10019

Signed: 

Lee V. Eastman

As Attorney, on behalf of Paul McCartney

V3535 D051

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by Certified Mail (Receipt # 7008 1140 0003 2933 8452), Return Receipt Requested on
<u>November 30, 2009</u>.

V3535 D051
Page 1

# EXHIBIT B-3



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION
7Aug09

| VOLUME | DOC. NO. |
|--------|----------|
| 3582 | 133 |

| VOLUME | DOC. NO. |
|--------|----------|

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING: _____**PAUL McCARTNEY**_____

(1)  NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

Sony/ATV Tunes LLC
8 Music Square West
Nashville, TN 37203

(2)  TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND DATE, AND EFFECTIVE DATE OF TERMINATION:

| | |
|---|---|
| Title: | **THANK YOU GIRL** |
| Author(s): | Paul McCartney / John Lennon |
| Original Registration #: | EU 783064 |
| Original Date of Copyright: | 8/2/1963 |
| Effective Date of Termination: | 8/2/2019 |

(3)  A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH THE NOTICE OF TERMINATION APPLIES:

Grant or transfer of copyright and the rights of copyright proprietor, including publication and recording rights.

(4)  NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF PERSON(S) EFFECTING TERMINATION:

Paul McCartney - 100% - Author
c/o Eastman & Eastman
39 West 54th Street
New York, NY 10019

Signed: _____

Lee V. Eastman

As Attorney, on behalf of Paul McCartney

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by Certified Mail (Receipt # 7005 1160 0000 6298 5453), Return Receipt Requested on August 4, 2009.

V3582 D133

# EXHIBIT B-4



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION | |
|---|---|
| 7Aug09 | |

| VOLUME | DOC. NO. |
|---|---|
| 3582 | 151 |

| VOLUME | DOC. NO. |
|---|---|

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

V3582 D151
Page 1

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING:  _____ **PAUL McCARTNEY** _____

(1)   NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

Conrad Music
c/o Arc Music Corp.
630 Ninth Avenue, Suite 1004
New York, NY 10036-3744

(2)   TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND DATE, AND EFFECTIVE DATE OF TERMINATION:

| | |
|---|---|
| Title: | **THANK YOU GIRL** |
| Author(s): | Paul McCartney / John Lennon |
| Original Registration #: | EU 783064 |
| Original Date of Copyright: | 8/2/1963 |
| Effective Date of Termination: | 8/2/2019 |

(3)   A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH THE NOTICE OF TERMINATION APPLIES:

Grant or transfer of copyright and the rights of copyright proprietor, including publication and recording rights.

(4)   NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF PERSON(S) EFFECTING TERMINATION:

Paul McCartney - 100% - Author
c/o Eastman & Eastman
39 West 54th Street
New York, NY 10019

V3582 D151

Signed: _____

Lee V. Eastman

As Attorney, on behalf of Paul McCartney

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by Certified Mail (Receipt # 7005 1160 0000 6298 5460), Return Receipt Requested on August 4, 2009.

# EXHIBIT B-5



# *Certificate of Recordation*

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION | |
|---|---|
| 23Nov09 | |

| VOLUME | DOC. NO. |
|---|---|
| 3504 | 193 |

| VOLUME | DOC. NO. |
|---|---|
| | |

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING: _____**PAUL McCARTNEY**_____

(1)   NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION
        IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

        EMI Unart Catalog, Inc.
        75 Ninth Avenue, 4th Floor
        New York, NY 10011

(2)   TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND
        DATE, AND EFFECTIVE DATE OF TERMINATION:

        <u>See Attached Schedule</u>

(3)   A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH
        THE NOTICE OF TERMINATION APPLIES:

        Grant or transfer of copyright and the rights of copyright proprietor, including
        publication and recording rights.

(4)   NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF
        PERSON(S) EFFECTING TERMINATION:

        Paul McCartney - 100% - Author
        c/o Eastman & Eastman
        39 West 54th Street
        New York, NY 10019

        Signed: _____

        Lee V. Eastman

        As Attorney, on behalf of Paul McCartney

V3504 D193 Page 1

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by
Certified Mail (Receipt # 7005 1160 0000 6298 5552), Return Receipt Requested on
<u>November 19, 2009</u>.

V3504 D193



| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 11-18-2019 | BAD TO ME | PAUL MCCARTNEY JOHN LENNON | PA 568-663 | 11-18-1963 |
| 04-26-2019 | DO YOU WANT TO KNOW A SECRET | PAUL MCCARTNEY JOHN LENNON | EFO 92297 | 04-26-1963 |
| 06-30-2019 | I'LL BE ON MY WAY | PAUL MCCARTNEY JOHN LENNON | PA 568-656 | 06-30-1963 |
| 11-18-2019 | I'LL KEEP YOU SATISFIED | PAUL MCCARTNEY JOHN LENNON | PA 568-662 | 11-18-1963 |

V3504 D193
Page 2

# EXHIBIT B-6



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION |  |
|---|---|
| 23Nov09 |  |

| VOLUME | DOC. NO. |
|---|---|
| 3556 | 489 |

| VOLUME | DOC. NO. |
|---|---|
|  |  |

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING:   **PAUL McCARTNEY**

(1)   NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

Sony/ATV Tunes LLC
Northern Songs, Ltd.
8 Music Square West
Nashville, TN 37203

(2)   TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND DATE, AND EFFECTIVE DATE OF TERMINATION:

See Attached Schedule

(3)   A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH THE NOTICE OF TERMINATION APPLIES:

Grant or transfer of copyright and the rights of copyright proprietor, including publication and recording rights.

(4)   NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF PERSON(S) EFFECTING TERMINATION:

Paul McCartney - 100% - Author
c/o Eastman & Eastman
39 West 54th Street
New York, NY 10019

Signed: _____

Lee V. Eastman

As Attorney, on behalf of Paul McCartney

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by Certified Mail (Receipt  # 7005 1160 0000 6298 5491), Return Receipt Requested on November 19, 2009.

V3556 D489



| PAUL MCCARTNEY TERMINATIONS | | | | |
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
|---|---|---|---|---|
| 11-18-2019 | BAD TO ME | PAUL MCCARTNEY JOHN LENNON | PA 568-663 | 11-18-1963 |
| 04-26-2019 | DO YOU WANT TO KNOW A SECRET | PAUL MCCARTNEY JOHN LENNON | EFO 92297 | 04-26-1963 |
| 08-23-2019 | HELLO, LITTLE GIRL | PAUL MCCARTNEY JOHN LENNON | EFO 95128 | 08-23-1963 |
| 07-26-2019 | I CALL YOUR NAME | PAUL MCCARTNEY JOHN LENNON | EFO 95799 | 07-26-1963 |
| 06-30-2019 | I'LL BE ON MY WAY | PAUL MCCARTNEY JOHN LENNON | PA 568-656 | 06-30-1963 |
| 08-09-2019 | I'LL GET YOU | PAUL MCCARTNEY JOHN LENNON | EFO 94631 | 08-09-1963 |
| 11-18-2019 | I'LL KEEP YOU SATISFIED | PAUL MCCARTNEY JOHN LENNON | PA 568-662 | 11-18-1963 |
| 11-18-2019 | I'M IN LOVE | PAUL MCCARTNEY JOHN LENNON | EF 29714 | 11-18-1963 |
| 10-04-2019 | LOVE OF THE LOVED | PAUL MCCARTNEY JOHN LENNON | EFO 95513 | 10-04-1963 |
| 08-08-2019 | TIP OF MY TONGUE | PAUL MCCARTNEY JOHN LENNON | EFO 94568 | 08-08-1963 |

V3556 D489
Page 2

# EXHIBIT B-7



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION | |
|---|---|
| 30Nov09 | |

| VOLUME | DOC. NO. |
|---|---|
| 3546 | 729 |

| VOLUME | DOC. NO. |
|---|---|
| | |

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

C-763 · JANUARY 2004 — 4,000

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING: _____ **PAUL McCARTNEY** _____

(1)   NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION
      IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

      Sony/ATV Tunes LLC
      8 Music Square West
      Nashville, TN 37203

(2)   TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND
      DATE, AND EFFECTIVE DATE OF TERMINATION:

      Title:                              **I WANT TO HOLD YOUR HAND**
      Author(s):                          Paul McCartney / John Lennon
      Original Registration #:            EF 28849
      Original Date of Copyright:         11/20/1963
      Effective Date of Termination:      11/20/2019

(3)   A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH
      THE NOTICE OF TERMINATION APPLIES:

           Grant or transfer of copyright and the rights of copyright proprietor, including
           publication and recording rights.

(4)   NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF
      PERSON(S) EFFECTING TERMINATION:

      Paul McCartney - 100% - Author
      c/o Eastman & Eastman
      39 West 54th Street
      New York, NY 10019

                                    Signed: _____

                                            Lee V. Eastman

**V3546 D729**



                                    As Attorney, on behalf of Paul McCartney

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by
Certified Mail (Receipt # 7005 1160 0000 6298 5538), Return Receipt Requested on
<u>November 23, 2009.</u>

V3546 D729
Page 1

# EXHIBIT B-8



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION
7May10

| VOLUME | DOC. NO. |
|--------|----------|
| 3591 | 712 |

| VOLUME | DOC. NO. |
|--------|----------|

*Maria A. Pallante*

Acting Register of Copyrights and
Associate Librarian for Copyright Services

L-763 · JANUARY 2011 — 5,000

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING:  _____**PAUL McCARTNEY**_____

(1)   NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION
IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

Sony/ATV Tunes LLC
Northern Songs, Ltd.
8 Music Square West
Nashville, TN 37203

(2)   TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND
DATE, AND EFFECTIVE DATE OF TERMINATION:

See Attached Schedule

(3)   A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH
THE NOTICE OF TERMINATION APPLIES:

Grant or transfer of copyright and the rights of copyright proprietor, including
publication and recording rights.

(4)   NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF
PERSON(S) EFFECTING TERMINATION:

Paul McCartney - 100% - Author
c/o Eastman & Eastman
39 West 54th Street
New York, NY 10019

Signed:  _____

Lee V. Eastman

As Attorney, on behalf of Paul McCartney

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by
Certified Mail (Receipt # 7008 1140 0003 2933 8568), Return Receipt Requested on
May 3, 2010.

V3591 D712

V3591 D712
Page 1

| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 12-02-2019 | ALL I'VE GOT TO DO | PAUL MCCARTNEY JOHN LENNON | PA 568-665 | 12-02-1963 |
| 12-02-2019 | ALL MY LOVING | PAUL MCCARTNEY JOHN LENNON | PA 568-664 | 12-02-1963 |
| 12-04-2019 | HOLD ME TIGHT | PAUL MCCARTNEY JOHN LENNON | PA 568-661 | 12-04-1963 |
| 12-02-2019 | IT WON'T BE LONG | PAUL MCCARTNEY JOHN LENNON | PA 568-660 | 12-02-1963 |
| 12-02-2019 | LITTLE CHILD | PAUL MCCARTNEY JOHN LENNON | PA 568-659 | 12-02-1963 |
| 12-04-2019 | NOT A SECOND TIME | PAUL MCCARTNEY JOHN LENNON | PA 568-658 | 12-04-1963 |
| 12-02-2019 | THIS BOY | PAUL MCCARTNEY JOHN LENNON | PA 568-657 | 12-02-1963 |

V3591 D712
Page 2

# EXHIBIT B-9



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

**DATE OF RECORDATION**

17Dec10

| VOLUME | DOC. NO. |
|--------|----------|
| 3600   | 960      |

| VOLUME | DOC. NO. |
|--------|----------|

*Maria A. Pallante*

Register of Copyrights and
Associate Librarian for Copyright Services

<u>**NOTICE OF TERMINATION UNDER § 304 (C)**</u>

<u>**OF PUB. LAW 94-553 (90 STAT. 2541)**</u>

V3600 D960
Page 1

NAME OF WRITER WHO IS TERMINATING: _____ **PAUL McCARTNEY** _____

(1)   NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION
      IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

      Sony/ATV Tunes LLC
      Northern Songs, Ltd.
      London Songs, Ltd.
      8 Music Square West
      Nashville, TN 37203

(2)   TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND
      DATE, AND EFFECTIVE DATE OF TERMINATION:

      <u>See Attached Schedule</u>

(3)   A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH
      THE NOTICE OF TERMINATION APPLIES:

           Grant or transfer of copyright and the rights of copyright proprietor, including
           publication and recording rights.

(4)   NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF
      PERSON(S) EFFECTING TERMINATION:

      Paul McCartney - 100% - Author
      c/o Eastman & Eastman
      39 West 54th Street
      New York, NY 10019

                                              Signed: _____  _____

                                                        Lee V. Eastman

                                              As Attorney, on behalf of Paul McCartney

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by
Certified Mail (Receipt # 7008 1140 0003 2933 8582), Return Receipt Requested on
<u>December 22, 2010.</u>

V3600 D960

| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 04-01-2020 | ALL I'VE GOT TO DO | PAUL MCCARTNEY JOHN LENNON | EP 189314 | 04-01-1964 |
| 08-17-2020 | ALL I'VE GOT TO DO | PAUL MCCARTNEY JOHN LENNON | EP 193066 | 08-17-1964 |
| 04-01-2020 | ALL MY LOVING | PAUL MCCARTNEY JOHN LENNON | EP 190042 | 04-01-1964 |
| 08-17-2020 | ALL MY LOVING | PAUL MCCARTNEY JOHN LENNON | EP 193065 | 08-17-1964 |
| 07-14-2020 | AND I LOVE HER | PAUL MCCARTNEY JOHN LENNON | EF 29400 | 07-14-1964 |
| 07-17-2020 | ANYTIME AT ALL | PAUL MCCARTNEY JOHN LENNON | EF 29401 | 07-17-1964 |
| 11-20-2020 | BABY'S IN BLACK | PAUL MCCARTNEY JOHN LENNON | EU 857246 | 11-20-1964 |
| 12-11-2020 | BABY'S IN BLACK | PAUL MCCARTNEY JOHN LENNON | EFO 104702 | 12-11-1964 |
| 03-10-2020 | CAN'T BUY ME LOVE | PAUL MCCARTNEY JOHN LENNON | EF 28945 | 03-10-1964 |
| 08-17-2020 | CAN'T BUY ME LOVE | PAUL MCCARTNEY JOHN LENNON | EP 193067 | 08-17-1964 |
| 11-20-2020 | EIGHT DAYS A WEEK | PAUL MCCARTNEY JOHN LENNON | EU 857250 | 11-20-1964 |
| 12-11-2020 | EIGHT DAYS A WEEK | PAUL MCCARTNEY JOHN LENNON | EFO 104701 | 12-11-1964 |
| 11-20-2020 | EVERY LITTLE THING | PAUL MCCARTNEY JOHN LENNON | EU 857249 | 11-20-1964 |
| 12-11-2020 | EVERY LITTLE THING | PAUL MCCARTNEY JOHN LENNON | EFO 104704 | 12-11-1964 |
| 11-20-2020 | FOLLOW THE SUN (a/k/a I'LL FOLLOW THE SUN) | PAUL MCCARTNEY JOHN LENNON | EU 857248 | 11-20-1964 |
| 07-15-2020 | FROM A WINDOW | PAUL MCCARTNEY JOHN LENNON | EF 29404 | 07-15-1964 |
| 06-25-2020 | HARD DAY'S NIGHT, A | PAUL MCCARTNEY JOHN LENNON | EF 29204 | 06-25-1964 |
| 08-17-2020 | HARD DAY'S NIGHT, A | PAUL MCCARTNEY JOHN LENNON | EP 193064 | 08-17-1964 |
| 04-01-2020 | HOLD ME TIGHT | PAUL MCCARTNEY JOHN LENNON | EP 189320 | 04-01-1964 |

V3600 D960
Page 2

| PAUL MCCARTNEY TERMINATIONS | | | | | |
|---|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 08-17-2020 | HOLD ME TIGHT | PAUL MCCARTNEY JOHN LENNON | EP 193069 | 08-17-1964 |
| 09-18-2020 | I DON'T WANT TO SEE YOU AGAIN | PAUL MCCARTNEY JOHN LENNON | EFO 103394 | 09-18-1964 |
| 11-20-2020 | I DON'T WANT TO SPOIL THE PARTY | PAUL MCCARTNEY JOHN LENNON | EU 857251 | 11-20-1964 |
| 12-11-2020 | I DON'T WANT TO SPOIL THE PARTY | PAUL MCCARTNEY JOHN LENNON | EFO 104703 | 12-11-1964 |
| 11-20-2020 | I FEEL FINE | PAUL MCCARTNEY JOHN LENNON | EU 857245 | 11-20-1964 |
| 11-27-2020 | I FEEL FINE | PAUL MCCARTNEY JOHN LENNON | EFO 104055 | 11-27-1964 |
| 07-17-2020 | I SHOULD HAVE KNOWN BETTER | PAUL MCCARTNEY JOHN LENNON | EF 29396 | 07-17-1964 |
| 07-17-2020 | I'LL BE BACK | PAUL MCCARTNEY JOHN LENNON | EF 29402 | 07-17-1964 |
| 07-17-2020 | I'LL CRY INSTEAD | PAUL MCCARTNEY JOHN LENNON | EF 29403 | 07-17-1964 |
| 12-11-2020 | I'LL FOLLOW THE SUN | PAUL MCCARTNEY JOHN LENNON | EFO 104699 | 12-11-1964 |
| 08-17-2020 | I'LL GET YOU | PAUL MCCARTNEY JOHN LENNON | EP 193070 | 08-17-1964 |
| 10-28-2020 | I'M A LOSER | PAUL MCCARTNEY JOHN LENNON | EU 853541 | 10-28-1964 |
| 12-21-2020 | I'M A LOSER | PAUL MCCARTNEY JOHN LENNON | EFO 105073 | 12-21-1964 |
| 07-17-2020 | I'M HAPPY JUST TO DANCE WITH YOU | PAUL MCCARTNEY JOHN LENNON | EF 29398 | 07-17-1964 |
| 07-17-2020 | IF I FELL | PAUL MCCARTNEY JOHN LENNON | EF 29397 | 07-17-1964 |
| 04-01-2020 | IT WON'T BE LONG | PAUL MCCARTNEY JOHN LENNON | EP 189318 | 04-01-1964 |
| 08-17-2020 | IT WON'T BE LONG | PAUL MCCARTNEY JOHN LENNON | EP 193071 | 08-17-1964 |
| 07-29-2020 | IT'S FOR YOU | PAUL MCCARTNEY JOHN LENNON | EU 836509 | 07-29-1964 |
| 07-29-2020 | IT'S FOR YOU | PAUL MCCARTNEY JOHN LENNON | EF 29407 | 07-29-1964 |

V3600 D960
Page 3

| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 06-11-2020 | LIKE DREAMERS DO | PAUL MCCARTNEY JOHN LENNON | EF 29102 | 06-11-1964 |
| 04-01-2020 | LITTLE CHILD | PAUL MCCARTNEY JOHN LENNON | EP 189316 | 04-01-1964 |
| 08-17-2020 | LITTLE CHILD | PAUL MCCARTNEY JOHN LENNON | EP 193072 | 08-17-1964 |
| 11-20-2020 | NO REPLY | PAUL MCCARTNEY JOHN LENNON | EU 857247 | 11-20-1964 |
| 12-11-2020 | NO REPLY | PAUL MCCARTNEY JOHN LENNON | EFO 104700 | 12-11-1964 |
| 06-11-2020 | NOBODY I KNOW | PAUL MCCARTNEY JOHN LENNON | EF 29490 | 06-11-1964 |
| 04-01-2020 | NOT A SECOND TIME | PAUL MCCARTNEY JOHN LENNON | EP 189317 | 04-01-1964 |
| 08-17-2020 | NOT A SECOND TIME | PAUL MCCARTNEY JOHN LENNON | EP 193073 | 08-17-1964 |
| 05-26-2020 | ONE AND ONE IS TWO | PAUL MCCARTNEY JOHN LENNON | EF 29098 | 05-26-1964 |
| 07-24-2020 | RINGO'S THEME (THIS BOY) | PAUL MCCARTNEY JOHN LENNON | EF 29264 | 07-24-1964 |
| 11-20-2020 | SHE'S A WOMAN | PAUL MCCARTNEY JOHN LENNON | EU 857244 | 11-20-1964 |
| 11-30-2020 | SHE'S A WOMAN | PAUL MCCARTNEY JOHN LENNON | EFO 104248 | 11-30-1964 |
| 07-10-2020 | TELL ME WHY | PAUL MCCARTNEY JOHN LENNON | EF 29399 | 07-10-1964 |
| 07-07-2020 | THINGS WE SAID TODAY | PAUL MCCARTNEY JOHN LENNON | EF 29250 | 07-07-1964 |
| 04-01-2020 | THIS BOY | PAUL MCCARTNEY JOHN LENNON | EP 189315 | 04-01-1964 |
| 08-17-2020 | THIS BOY | PAUL MCCARTNEY JOHN LENNON | EP 193074 | 08-17-1964 |
| 11-20-2020 | WHAT YOU'RE DOING | PAUL MCCARTNEY JOHN LENNON | EU 857252 | 11-20-1964 |
| 12-08-2020 | WHAT YOU'RE DOING | PAUL MCCARTNEY JOHN LENNON | EFO 104539 | 12-08-1964 |
| 07-20-2020 | WHEN I GET HOME | PAUL MCCARTNEY JOHN LENNON | EF 29395 | 07-20-1964 |

3

| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 03-05-2020 | WORLD WITHOUT LOVE | PAUL MCCARTNEY JOHN LENNON | EF 28963 | 03-05-1964 |
| 04-01-2020 | WORLD WITHOUT LOVE | PAUL MCCARTNEY JOHN LENNON | EP 189313 | 04-01-1964 |
| 03-06-2020 | YOU CAN'T DO THAT | PAUL MCCARTNEY JOHN LENNON | EF 28961 | 03-06-1964 |
| 04-01-2020 | YOU CAN'T DO THAT | PAUL MCCARTNEY JOHN LENNON | EP 189311 | 04-01-1964 |
| 08-17-2020 | YOU CAN'T DO THAT | PAUL MCCARTNEY JOHN LENNON | EP 193075 | 08-17-1964 |

V3600 D960
Page 5

# EXHIBIT B-10



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

**DATE OF RECORDATION**

27Dec11

| VOLUME | DOC. NO. |
|---|---|
| 3604 | 373 |

| VOLUME | DOC. NO. |
|---|---|

*Maria A. Pallante*

Register of Copyrights, United States of America

C-762 · 06/2011—4,000

V3604 D373
Page 1

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING:   __PAUL McCARTNEY__

(1)   NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION
       IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

       Sony/ATV Tunes LLC
       Northern Songs, Ltd.
       8 Music Square West
       Nashville, TN 37203

(2)   TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND
       DATE, AND EFFECTIVE DATE OF TERMINATION:

       See Attached Schedule

(3)   A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH
       THE NOTICE OF TERMINATION APPLIES:

            Grant or transfer of copyright and the rights of copyright proprietor, including
            publication and recording rights.

(4)   NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF
       PERSON(S) EFFECTING TERMINATION:

       Paul McCartney - 100% - Author
       c/o Eastman & Eastman
       39 West 54th Street
       New York, NY 10019

                                    Signed: _____

                                             Lee V. Eastman

                                    As Attorney, on behalf of Paul McCartney

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by
Certified Mail (Receipt  # 7009 0820 0001 5072 4654), Return Receipt Requested on
December 21, 2011.



V3604 D373

| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 06-29-2021 | ANOTHER GIRL | PAUL MCCARTNEY JOHN LENNON | EU 888893 | 06-29-1965 |
| 07-16-2021 | ANOTHER GIRL | PAUL MCCARTNEY JOHN LENNON | EFO 108503 | 07-16-1965 |
| 08-11-2021 | AUNTIE GIN'S THEME | PAUL MCCARTNEY JOHN LENNON | EU 897898 | 08-11-1965 |
| 11-29-2021 | DAY TRIPPER | PAUL MCCARTNEY JOHN LENNON | EFO 111026 | 11-29-1965 |
| 12-07-2021 | DRIVE MY CAR | PAUL MCCARTNEY JOHN LENNON | EFO 111336 | 12-07-1965 |
| 12-20-2021 | GIRL | PAUL MCCARTNEY JOHN LENNON | EFO 111762 | 12-20-1965 |
| 06-29-2021 | HELP | PAUL MCCARTNEY JOHN LENNON | EU 888892 | 06-29-1965 |
| 07-14-2021 | HELP | PAUL MCCARTNEY JOHN LENNON | EFO 108505 | 07-14-1965 |
| 07-19-2021 | I'M DOWN | PAUL MCCARTNEY JOHN LENNON | EU 894008 | 07-19-1965 |
| 07-19-2021 | I'M DOWN | PAUL MCCARTNEY JOHN LENNON | EFO 108776 | 07-19-1965 |
| 12-16-2021 | I'M LOOKING THROUGH YOU | PAUL MCCARTNEY JOHN LENNON | EFO 111394 | 12-16-1965 |
| 07-21-2021 | I'VE JUST SEEN A FACE | PAUL MCCARTNEY JOHN LENNON | EFO 108810 | 07-21-1965 |
| 12-07-2021 | IN MY LIFE | PAUL MCCARTNEY JOHN LENNON | EFO 111028 | 12-07-1965 |
| 07-21-2021 | IT'S ONLY LOVE | PAUL MCCARTNEY JOHN LENNON | EFO 108811 | 07-21-1965 |
| 12-16-2021 | MICHELLE | PAUL MCCARTNEY JOHN LENNON | EFO 111398 | 12-16-1965 |
| 06-29-2021 | NIGHT BEFORE, THE | PAUL MCCARTNEY JOHN LENNON | EU 888894 | 06-29-1965 |
| 07-28-2021 | NIGHT BEFORE, THE | PAUL MCCARTNEY JOHN LENNON | EFO 108898 | 07-28-1965 |
| 12-02-2021 | NORWEGIAN WOOD (THIS BIRD HAS FLOWN) | PAUL MCCARTNEY JOHN LENNON | EFO 111817 | 12-02-1965 |
| 12-03-2021 | NOWHERE MAN | PAUL MCCARTNEY JOHN LENNON | EFO 111816 | 12-03-1965 |
| 12-16-2021 | RUN FOR YOUR LIFE | PAUL MCCARTNEY JOHN LENNON | EFO 111396 | 12-16-1965 |

| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 08-11-2021 | SCRAMBLED EGG | PAUL MCCARTNEY JOHN LENNON | EU 897896 | 08-11-1965 |
| 07-12-2021 | TELL ME WHAT YOU SEE | PAUL MCCARTNEY JOHN LENNON | EU 893229 | 07-12-1965 |
| 07-14-2021 | TELL ME WHAT YOU SEE | PAUL MCCARTNEY JOHN LENNON | EFO 108504 | 07-14-1965 |
| 07-08-2021 | THAT MEANS A LOT | PAUL MCCARTNEY JOHN LENNON | EU 893218 | 07-08-1965 |
| 10-12-2021 | THAT MEANS A LOT | PAUL MCCARTNEY JOHN LENNON | EFO 110151 | 10-12-1965 |
| 08-11-2021 | THAT'S A NICE HAT; THAT'S A NICE CAP | PAUL MCCARTNEY JOHN LENNON | EU 897897 | 08-11-1965 |
| 04-07-2021 | TICKET TO RIDE | PAUL MCCARTNEY JOHN LENNON | EFO 106878 | 04-07-1965 |
| 12-16-2021 | WAIT | PAUL MCCARTNEY JOHN LENNON | EFO 111393 | 12-16-1965 |
| 12-02-2021 | WE CAN WORK IT OUT | PAUL MCCARTNEY JOHN LENNON | EFO 111764 | 12-02-1965 |
| 12-20-2021 | WHAT GOES ON | PAUL MCCARTNEY JOHN LENNON RICHARD STARKEY | EFO 112293 | 12-20-1965 |
| 12-13-2021 | WORD, THE | PAUL MCCARTNEY JOHN LENNON | EFO 111399 | 12-13-1965 |
| 04-07-2021 | YES, IT IS | PAUL MCCARTNEY JOHN LENNON | EFO 106875 | 04-07-1965 |
| 07-21-2021 | YESTERDAY | PAUL MCCARTNEY JOHN LENNON | EF 30816 | 07-21-1965 |
| 07-21-2021 | YESTERDAY | PAUL MCCARTNEY JOHN LENNON | EFO 108812 | 07-21-1965 |
| 12-20-2021 | YOU WON'T SEE ME | PAUL MCCARTNEY JOHN LENNON | EFO 111761 | 12-20-1965 |
| 06-29-2021 | YOU'RE GOING TO LOSE THAT GIRL | PAUL MCCARTNEY JOHN LENNON | EU 888897 | 06-29-1965 |
| 07-28-2021 | YOU'RE GOING TO LOSE THAT GIRL | PAUL MCCARTNEY JOHN LENNON | EFO 108900 | 07-28-1965 |
| 06-29-2021 | YOU'VE GOT TO HIDE YOUR LOVE AWAY | PAUL MCCARTNEY JOHN LENNON | EU 888896 | 06-29-1965 |
| 07-28-2021 | YOU'VE GOT TO HIDE YOUR LOVE AWAY | PAUL MCCARTNEY JOHN LENNON | EFO 108899 | 07-28-1965 |

# EXHIBIT B-11



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION | |
|---|---|
| 28Dec12 | |

| VOLUME | DOC. NO. |
|---|---|
| 3622 | 267 |

| VOLUME | DOC. NO. |
|---|---|

*Maria A. Pallante*

Register of Copyrights, United States of America

C 761   06/2011—4,000



V3622 D267

## NOTICE OF TERMINATION UNDER § 304 (C)

### OF PUB. LAW 94-553 (90 STAT. 2541)

V3622 D267
Page 1

NAME OF WRITER WHO IS TERMINATING: _____ **PAUL McCARTNEY** _____

(1) NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

Sony/ATV Tunes LLC
Northern Songs, Ltd.
8 Music Square West
Nashville, TN 37203

(2) TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND DATE, AND EFFECTIVE DATE OF TERMINATION:

See Attached Schedule

(3) A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH THE NOTICE OF TERMINATION APPLIES:

Grant or transfer of copyright and the rights of copyright proprietor, including publication and recording rights.

(4) NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF PERSON(S) EFFECTING TERMINATION:

Paul McCartney - 100% - Author
c/o Eastman & Eastman
39 West 54th Street
New York, NY 10019

Signed: _____

Lee V. Eastman

As Attorney, on behalf of Paul McCartney

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by Certified Mail (Receipt # 7009 0820 0001 5072 4722), Return Receipt Requested on December 24, 2012.

V3622 D267
Page 2

## PAUL MCCARTNEY TERMINATIONS

| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
|---|---|---|---|---|
| 06-09-2022 | AND YOUR BIRD CAN SING | PAUL MCCARTNEY JOHN LENNON | EU 94168 | 06-09-1966 |
| 08-02-2022 | AND YOUR BIRD CAN SING | PAUL MCCARTNEY JOHN LENNON | EFO 115518 | 08-02-1966 |
| 06-09-2022 | DR. ROBERT (a/k/a DOCTOR ROBERT) | PAUL MCCARTNEY JOHN LENNON | EU 941267 | 06-09-1966 |
| 08-04-2022 | DR. ROBERT (a/k/a DOCTOR ROBERT) | PAUL MCCARTNEY JOHN LENNON | EFO 115505 | 08-04-1966 |
| 08-01-2022 | ELEANOR RIGBY | PAUL MCCARTNEY JOHN LENNON | EFO 115432 | 08-01-1966 |
| 12-22-2022 | FAMILY WAY | PAUL MCCARTNEY | EFO 118375 | 12-22-1966 |
| 08-05-2022 | FOR NO ONE | PAUL MCCARTNEY JOHN LENNON | EFO 115506 | 08-05-1966 |
| 08-02-2022 | GOOD DAY SUNSHINE | PAUL MCCARTNEY JOHN LENNON | EFO 115517 | 08-02-1966 |
| 08-09-2022 | GOT TO GET YOU INTO MY LIFE | PAUL MCCARTNEY JOHN LENNON | EFO 115690 | 08-09-1966 |
| 08-02-2022 | HERE, THERE AND EVERYWHERE | PAUL MCCARTNEY JOHN LENNON | EFO 115516 | 08-02-1966 |
| 06-09-2022 | I'M ONLY SLEEPING | PAUL MCCARTNEY JOHN LENNON | EU 941264 | 06-09-1966 |
| 08-02-2022 | I'M ONLY SLEEPING | PAUL MCCARTNEY JOHN LENNON | EFO 115519 | 08-02-1966 |
| 12-22-2022 | LOVE IN THE OPEN AIR | PAUL MCCARTNEY | EFO 118374 | 12-22-1966 |
| 05-05-2022 | MICHELLE | PAUL MCCARTNEY JOHN LENNON | EU 937014 | 05-05-1966 |
| 06-07-2022 | PAPER-BACK WRITER | PAUL MCCARTNEY JOHN LENNON | EU 941266 | 06-07-1966 |
| 06-06-2022 | PAPERBACK WRITER | PAUL MCCARTNEY JOHN LENNON | EFO 114981 | 06-06-1966 |
| 06-06-2022 | RAIN | PAUL MCCARTNEY JOHN LENNON | EFO 114982 | 06-06-1966 |
| 06-07-2022 | RAIN | PAUL MCCARTNEY JOHN LENNON | EU 941265 | 06-07-1966 |
| 08-04-2022 | SHE SAID SHE SAID | PAUL MCCARTNEY JOHN LENNON | EFO 115504 | 08-04-1966 |
| 08-10-2022 | TOMORROW NEVER KNOWS | PAUL MCCARTNEY JOHN LENNON | EFO 115689 | 08-10-1966 |

V3622 D267
Page 3

| | PAUL MCCARTNEY TERMINATIONS | | | |
|---|---|---|---|---|
| **Effective Date of Termination** | **Title** | **Writer(s)** | **Registration Number** | **Registration Date** |
| 02-01-2022 | WOMAN | BERNARD WEBB (pseudonym of Paul McCartney and John Lennon) | EU 922868 | 02-01-1966 |
| 02-10-2022 | WOMAN | BERNARD WEBB (pseudonym of Paul McCartney and John Lennon) | EFO 112089 | 02-10-1966 |
| 08-01-2022 | YELLOW SUBMARINE | PAUL MCCARTNEY JOHN LENNON | EFO 115431 | 08-01-1966 |

2

# EXHIBIT B-12



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION
26Dec13

| VOLUME | DOC. NO. |
|--------|----------|
| 3621 | 222 |

| VOLUME | DOC. NO. |
|--------|----------|

Register of Copyrights, United States of America

c-762 · 06/2011—8,000

## NOTICE OF TERMINATION UNDER § 304 (C)

V3621 D222
Page 1

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING: _____ **PAUL McCARTNEY** _____

(1)    NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION
       IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

       Sony/ATV Tunes LLC
       Northern Songs, Ltd.
       8 Music Square West
       Nashville, TN 37203



V3621 D222

(2)    TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND
       DATE, AND EFFECTIVE DATE OF TERMINATION:

       See Attached Schedule

(3)    A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH
       THE NOTICE OF TERMINATION APPLIES:

          Grant or transfer of copyright and the rights of copyright proprietor, including
          publication and recording rights.

(4)    NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF
       PERSON(S) EFFECTING TERMINATION:

       Paul McCartney - 100% - Author
       c/o Eastman & Eastman
       39 West 54th Street
       New York, NY 10019

                                          Signed: _____

                                                      Lee V. Eastman

                                          As Attorney, on behalf of Paul McCartney

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by
Certified Mail (Receipt  # 7009 0820 0001 5072 4746), Return Receipt Requested on
December 23, 2013.

V3621 D222
Page 2

## PAUL MCCARTNEY TERMINATIONS

| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
|---|---|---|---|---|
| 07-05-2023 | ALL YOU NEED IS LOVE | PAUL MCCARTNEY JOHN LENNON | EFO 122819 | 07-05-1967 |
| 07-05-2023 | BABY YOU'RE A RICH MAN | PAUL MCCARTNEY JOHN LENNON | EFO 123039 | 07-05-1967 |
| 05-30-2023 | BEING FOR THE BENEFIT OF MR. KITE | PAUL MCCARTNEY JOHN LENNON | EFO 121846 | 05-30-1967 |
| 10-30-2023 | CATCALL | PAUL MCCARTNEY | EF 32369 | 10-30-1967 |
| 05-30-2023 | DAY IN THE LIFE | PAUL MCCARTNEY JOHN LENNON | EFO 121838 | 05-30-1967 |
| 05-30-2023 | FIXING A HOLE | PAUL MCCARTNEY JOHN LENNON | EFO 121844 | 05-30-1967 |
| 12-08-2023 | FOOL ON THE HILL | PAUL MCCARTNEY JOHN LENNON | EU 28889 | 12-08-1967 |
| 12-20-2023 | FOOL ON THE HILL | PAUL MCCARTNEY JOHN LENNON | EFO 125935 | 12-20-1967 |
| 05-30-2023 | GETTING BETTER | PAUL MCCARTNEY JOHN LENNON | EFO 121839 | 05-30-1967 |
| 05-30-2023 | GOOD MORNING, GOOD MORNING | PAUL MCCARTNEY JOHN LENNON | EFO 121843 | 05-30-1967 |
| 11-20-2023 | HELLO GOODBYE | PAUL MCCARTNEY JOHN LENNON | EFO 125247 | 11-20-1967 |
| 11-29-2023 | I AM THE WALRUS | PAUL MCCARTNEY JOHN LENNON | EFO 125663 | 11-29-1967 |
| 05-30-2023 | LOVELY RITA | PAUL MCCARTNEY JOHN LENNON | EFO 121845 | 05-30-1967 |
| 05-30-2023 | LUCY IN THE SKY WITH DIAMONDS | PAUL MCCARTNEY JOHN LENNON | EFO 121847 | 05-30-1967 |
| 12-08-2023 | MAGICAL MYSTERY TOUR | PAUL MCCARTNEY JOHN LENNON | EU 28887 | 12-08-1967 |
| 12-15-2023 | MAGICAL MYSTERY TOUR | PAUL MCCARTNEY JOHN LENNON | EFO 125932 | 12-15-1967 |
| 02-16-2023 | PENNY LANE | PAUL MCCARTNEY JOHN LENNON | EFO 119136 | 02-16-1967 |
| 05-30-2023 | SGT. PEPPER'S LONELY HEARTS CLUB BAND | PAUL MCCARTNEY JOHN LENNON | EFO 121837 | 05-30-1967 |
| 05-30-2023 | SHE'S LEAVING HOME | PAUL MCCARTNEY JOHN LENNON | EFO 121841 | 05-30-1967 |

1

V3621 D222
Page 3

| | PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|---|
| **Effectiye Date of Termination** | **Title** | **Writer(s)** | **Registration Number** | **Registration Date** |
| 02-16-2023 | STRAWBERRY FIELDS FOREVER | PAUL MCCARTNEY JOHN LENNON | EFO 119138 | 02-16-1967 |
| 05-30-2023 | WHEN I'M SIXTY-FOUR | PAUL MCCARTNEY JOHN LENNON | EFO 121840 | 05-30-1967 |
| 05-30-2023 | WITH A LITTLE HELP FROM MY FRIENDS | PAUL MCCARTNEY JOHN LENNON | EFO 121842 | 05-30-1967 |
| 12-08-2023 | YOUR MOTHER SHOULD KNOW | PAUL MCCARTNEY JOHN LENNON | EU 28890 | 12-08-1967 |
| 12-15-2023 | YOUR MOTHER SHOULD KNOW | PAUL MCCARTNEY JOHN LENNON | EFO 125933 | 12-15-1967 |

# EXHIBIT B-13



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION | |
|---|---|
| 5Jan15 | |

| VOLUME | DOC. NO. |
|---|---|
| 3630 | 260 |

| VOLUME | DOC. NO. |
|---|---|

*Maria A. Pallante*

Register of Copyrights, United States of America



V3630 D260
Page 1

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING:     **PAUL McCARTNEY**

(1)   NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION
IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

Sony/ATV Tunes LLC
Northern Songs, Ltd.
8 Music Square West
Nashville, TN 37203

(2)   TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND
DATE, AND EFFECTIVE DATE OF TERMINATION:

**See Attached Schedule**

(3)   A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH
THE NOTICE OF TERMINATION APPLIES:

Grant or transfer of copyright and the rights of copyright proprietor, including
publication and recording rights.

(4)   NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF
PERSON(S) EFFECTING TERMINATION:

Paul McCartney - 100% - Author
c/o Eastman & Eastman
39 West 54th Street
New York, NY 10019

Signed: _____

Lee V. Eastman

As Attorney, on behalf of Paul McCartney

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by
Certified Mail (Receipt  # 7009 0820 0001 5072 4791), Return Receipt Requested on
December 22, 2014.

| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 08-13-2024 | ALL TOGETHER NOW | PAUL MCCARTNEY JOHN LENNON | EFO 132348 | 08-13-1968 |
| 11-29-2024 | BACK IN THE U.S.S.R. | PAUL MCCARTNEY JOHN LENNON | EFO 132183 | 11-29-1968 |
| 12-09-2024 | BIRTHDAY | PAUL MCCARTNEY JOHN LENNON | EFO 132195 | 12-09-1968 |
| 12-18-2024 | BLACKBIRD | PAUL MCCARTNEY JOHN LENNON | EFO 132409 | 12-18-1968 |
| 11-29-2024 | CONTINUING STORY OF BUNGALOW BILL | PAUL MCCARTNEY JOHN LENNON | EFO 132187 | 11-29-1968 |
| 11-29-2024 | CRY BABY CRY | PAUL MCCARTNEY JOHN LENNON | EFO 132184 | 11-29-1968 |
| 11-25-2024 | DEAR PRUDENCE | PAUL MCCARTNEY JOHN LENNON | EFO 132181 | 11-25-1968 |
| 12-04-2024 | EVERYBODY'S GOT SOMETHING TO HIDE EXCEPT ME AND MY MONKEY | PAUL MCCARTNEY JOHN LENNON | EFO 132176 | 12-04-1968 |
| 01-01-2024 | FLYING | PAUL MCCARTNEY JOHN LENNON GEORGE HARRISON RICHARD STARKEY | EFO 126065 | 01-01-1968 |
| 11-25-2024 | GLASS ONION | PAUL MCCARTNEY JOHN LENNON | EFO 132182 | 11-25-1968 |
| 11-25-2024 | GOOD NIGHT | PAUL MCCARTNEY JOHN LENNON | EFO 132180 | 11-25-1968 |
| 11-29-2024 | HAPPINESS IS A WARM GUN | PAUL MCCARTNEY JOHN LENNON | EFO 132185 | 11-29-1968 |
| 11-04-2024 | HELTER SKELTER | PAUL MCCARTNEY JOHN LENNON | EFO 132178 | 11-04-1968 |
| 08-13-2024 | HEY BULLDOG | PAUL MCCARTNEY JOHN LENNON | EFO 132349 | 08-13-1968 |
| 08-30-2024 | HEY JUDE | PAUL MCCARTNEY JOHN LENNON | EFO 130571 | 08-30-1968 |
| 09-03-2024 | HEY JUDE | PAUL MCCARTNEY JOHN LENNON | EFO 71915 | 09-03-1968 |
| 11-29-2024 | HONEY PIE | PAUL MCCARTNEY JOHN LENNON | EFO 132186 | 11-29-1968 |
| 12-18-2024 | I WILL | PAUL MCCARTNEY JOHN LENNON | EFO 132407 | 12-18-1968 |

V3630 D260
Page 3

| | PAUL MCCARTNEY TERMINATIONS | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 12-19-2024 | I'M SO TIRED | PAUL MCCARTNEY JOHN LENNON | EFO 132406 | 12-19-1968 |
| 12-09-2024 | JULIA | PAUL MCCARTNEY JOHN LENNON | EFO 132194 | 12-09-1968 |
| 03-06-2024 | LADY MADONNA | PAUL MCCARTNEY JOHN LENNON | EFO 127498 | 03-06-1968 |
| 12-04-2024 | MARTHA, MY DEAR | PAUL MCCARTNEY JOHN LENNON | EFO 132177 | 12-04-1968 |
| 12-04-2024 | MOTHER NATURE'S SON | PAUL MCCARTNEY JOHN LENNON | EFO 132175 | 12-04-1968 |
| 11-25-2024 | OB-LA-DI, OB-LA-DA | PAUL MCCARTNEY JOHN LENNON | EFO 132179 | 11-25-1968 |
| 09-03-2024 | REVOLUTION | PAUL MCCARTNEY JOHN LENNON | EU 71914 | 09-03-1968 |
| 09-04-2024 | REVOLUTION | PAUL MCCARTNEY JOHN LENNON | EFO 130590 | 09-04-1968 |
| 12-18-2024 | ROCKY RACCOON | PAUL MCCARTNEY JOHN LENNON | EFO 132408 | 12-18-1968 |
| 12-09-2024 | SEXY SADIE | PAUL MCCARTNEY JOHN LENNON | EFO 132193 | 12-09-1968 |
| 03-15-2024 | STEP INSIDE LOVE | PAUL MCCARTNEY JOHN LENNON | EFO 127500 | 03-15-1968 |
| 03-15-2024 | STEP INSIDE, LOVE | PAUL MCCARTNEY JOHN LENNON | EFO 129289 | 03-15-1968 |
| 08-20-2024 | THINGUMYBOB | PAUL MCCARTNEY JOHN LENNON | EFO 130589 | 08-20-1968 |
| 08-13-2024 | YELLOW SUBMARINE | PAUL MCCARTNEY JOHN LENNON | EFO 132348 | 08-13-1968 |
| 12-06-2024 | YER BLUES | PAUL MCCARTNEY JOHN LENNON | EFO 132192 | 12-06-1968 |

# EXHIBIT B-14

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Maria A. Pallante*

Register of Copyrights, United States of America

December 14, 2015

Date Of Recordation

9914                           377

Volume                        Doc. No.

V9914 D377 P

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING: _____ **PAUL McCARTNEY** _____

(1) NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

Sony/ATV Tunes LLC
Northern Songs Ltd.
424 Church Street
Suite 1200
Nashville, TN 37219

(2) TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND DATE, AND EFFECTIVE DATE OF TERMINATION:

**See Attached Schedule**

(3) A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH THE NOTICE OF TERMINATION APPLIES:

Grant or transfer of copyright and the rights of copyright proprietor, including publication and recording rights.

(4) NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF PERSON(S) EFFECTING TERMINATION:

Paul McCartney - 100% - Author
c/o Eastman & Eastman
39 West 54th Street
New York, NY 10019

Signed: _____

Lee V. Eastman

As Attorney, on behalf of Paul McCartney

For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by Certified Mail (Receipt # 7009 0820 0001 5072 4814), Return Receipt Requested on December 7, 2015.

V9914 D377 P 2

| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 06-05-2025 | BALLAD OF JOHN & YOKO | PAUL MCCARTNEY JOHN,LENNON | EFO 135746 | 06-05-1969 |
| 10-15-2025 | BECAUSE | PAUL MCCARTNEY JOHN LENNON | EU 147722 | 10-15-1969 |
| 10-21-2025 | BECAUSE | PAUL MCCARTNEY JOHN LENNON | EFO 138427 | 10-21-1969 |
| 10-15-2025 | CARRY THAT WEIGHT | PAUL MCCARTNEY JOHN LENNON | EU 147729 | 10-15-1969 |
| 10-17-2025 | CARRY THAT WEIGHT | PAUL MCCARTNEY JOHN LENNON | EFO 138009 | 10-17-1969 |
| 12-05-2025 | COME AND GET IT | PAUL MCCARTNEY | EU 152944 | 12-05-1969 |
| 12-05-2025 | COME AND GET IT | PAUL MCCARTNEY | EFO 139197 | 12-05-1969 |
| 10-02-2025 | COME TOGETHER | PAUL MCCARTNEY JOHN LENNON | EFO 138012 | 10-02-1969 |
| 04-23-2025 | DON'T LET ME DOWN | PAUL MCCARTNEY JOHN LENNON | EFO 134950 | 04-23-1969 |
| 10-15-2025 | END, THE | PAUL MCCARTNEY JOHN LENNON | EU 147730 | 10-15-1969 |
| 10-17-2025 | END, THE | PAUL MCCARTNEY JOHN LENNON | EFO 138010 | 10-17-1969 |
| 04-18-2025 | GET BACK | PAUL MCCARTNEY JOHN LENNON | EFO 134591 | 04-18-1969 |
| 10-14-2025 | GOLDEN SLUMBERS | PAUL MCCARTNEY JOHN LENNON | EFO 138014 | 10-14-1969 |
| 10-15-2025 | GOLDEN SLUMBERS | PAUL MCCARTNEY JOHN LENNON | EU 147726 | 10-15-1969 |
| 03-27-2025 | GOODBYE | PAUL MCCARTNEY JOHN LENNON | EFO 134032 | 03-27-1969 |
| 10-14-2025 | HER MAJESTY | PAUL MCCARTNEY JOHN LENNON | EFO 138022 | 10-14-1969 |
| 10-15-2025 | HER MAJESTY | PAUL MCCARTNEY JOHN LENNON | EU 147728 | 10-15-1969 |
| 10-13-2025 | I WANT YOU (SHE'S SO HEAVY) | PAUL MCCARTNEY JOHN LENNON | EFO 138013 | 10-13-1969 |
| 10-15-2025 | I WANT YOU (SHE'S SO HEAVY) | PAUL MCCARTNEY JOHN LENNON | EU 147720 | 10-15-1969 |

V9914 D377 P 1

| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 10-07-2025 | MAXWELL'S SILVER HAMMER | PAUL MCCARTNEY JOHN LENNON | EFO 138011 | 10-07-1969 |
| 10-29-2025 | MEAN MR. MUSTARD | PAUL MCCARTNEY JOHN LENNON | EFO 138650 | 10-29-1969 |
| 10-15-2025 | OH, DARLING | PAUL MCCARTNEY JOHN LENNON | EU 147721 | 10-15-1969 |
| 10-13-2025 | OH, DARLING¹ | PAUL MCCARTNEY JOHN LENNON | EFO 138023 | 10-13-1969 |
| 10-15-2025 | POLYTHENE PAM | PAUL MCCARTNEY JOHN LENNON | EU 147727 | 10-15-1969 |
| 10-21-2025 | POLYTHENE PAM | PAUL MCCARTNEY JOHN LENNON | EFO 138428 | 10-21-1969 |
| 10-14-2025 | SHE CAME IN THROUGH THE BATHROOM WINDOW | PAUL MCCARTNEY JOHN LENNON | EFO 138021 | 10-14-1969 |
| 10-15-2025 | SHE CAME IN THROUGH THE BATHROOM WINDOW | PAUL MCCARTNEY JOHN LENNON | EU 147723 | 10-15-1969 |
| 10-15-2025 | SUN KING | PAUL MCCARTNEY JOHN LENNON | EU 147724 | 10-15-1969 |
| 10-21-2025 | SUN KING | PAUL MCCARTNEY JOHN LENNON | EFO 138426 | 10-21-1969 |
| 06-17-2025 | WHY DON'T WE DO IT IN THE ROAD? | PAUL MCCARTNEY JOHN LENNON | EU 123034 | 06-17-1969 |
| 06-10-2025 | WILD HONEY PIE | PAUL MCCARTNEY JOHN LENNON | EU 118230 | 06-10-1969 |
| 10-15-2025 | YOU NEVER GIVE ME YOUR MONEY | PAUL MCCARTNEY JOHN LENNON | EU 147725 | 10-15-1969 |
| 10-23-2025 | YOU NEVER GIVE ME YOUR MONEY | PAUL MCCARTNEY JOHN LENNON | EFO 138127 | 10-23-1969 |

# EXHIBIT B-15

**NOTE:**

**CERTIFICATE OF RECORDATION NOT YET RECEIVED FROM U.S. COPYRIGHT OFFICE FOR WORKS REGISTERED IN 1970**

## NOTICE OF TERMINATION UNDER § 304 (C)

## OF PUB. LAW 94-553 (90 STAT. 2541)

NAME OF WRITER WHO IS TERMINATING: _____**PAUL McCARTNEY**_____

(1)   NAME OF GRANTEE OR GRANTEE'S SUCCESSOR TO WHOM NOTIFICATION
      IS MADE AND WHOSE RIGHTS ARE BEING TERMINATED:

      Sony/ATV Tunes LLC
      Northern Songs, Ltd.
      London Songs, Ltd.
      424 Church Street
      Suite 1200
      Nashville, TN 37219

(2)   TITLE(S) OF WORK(S), AUTHOR(S), ORIGINAL REGISTRATION NUMBER AND
      DATE, AND EFFECTIVE DATE OF TERMINATION:

      **See Attached Schedule**

(3)   A BRIEF STATEMENT REASONABLY IDENTIFYING THE GRANT TO WHICH
      THE NOTICE OF TERMINATION APPLIES:

           Grant or transfer of copyright and the rights of copyright proprietor, including
           publication and recording rights.

(4)   NAME(S), PERCENTAGE(S), RELATIONSHIP(S) AND ADDRESS(ES) OF
      PERSON(S) EFFECTING TERMINATION:

      Paul McCartney – 100% - Author
      c/o Eastman & Eastman
      39 West 54th Street
      New York, NY 10019

                                    Signed: _____
                                                  Lee V. Eastman

                              As Attorney, on behalf of Paul McCartney


For the purpose of recordation with the Copyright Office, this Notice is served to Grantee(s) by
Certified Mail (Receipt # 7009 0820 0001 5072 4845), Return Receipt Requested on
October 28, 2016.

| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 01-13-2026 | ACROSS THE UNIVERSE | PAUL MCCARTNEY JOHN LENNON | EFO 139651 | 01-13-1970 |
| 05-15-2026 | DIG A PONY | PAUL MCCARTNEY JOHN LENNON | EFO 142263 | 05-15-1970 |
| 05-29-2026 | DIG IT | PAUL MCCARTNEY JOHN LENNON GEORGE HARRISON RICHARD STARKEY | EFO 142490 | 05-29-1970 |
| 05-05-2026 | EVERY NIGHT | PAUL MCCARTNEY | EFO 142067 | 05-05-1970 |
| 05-15-2026 | GLASSES | PAUL MCCARTNEY | EU 183660 | 05-15-1970 |
| 05-07-2026 | HOT AS SUN | PAUL MCCARTNEY | EFO 142106 | 05-07-1970 |
| 05-15-2026 | I'VE GOT A FEELING | PAUL MCCARTNEY JOHN LENNON | EFO 142262 | 05-15-1970 |
| 07-08-2026 | JAZZ PIANO SONG | PAUL MCCARTNEY RICHARD STARKEY | EU 192918 | 07-08-1970 |
| 05-07-2026 | JUNK | PAUL MCCARTNEY | EFO 142108 | 05-07-1970 |
| 06-05-2026 | KREEN-AKRORE | PAUL MCCARTNEY | EU 186275 | 06-05-1970 |
| 03-06-2026 | LET IT BE | PAUL MCCARTNEY JOHN LENNON | EFO 140570 | 03-06-1970 |
| 05-15-2026 | LONG AND WINDING ROAD, THE | PAUL MCCARTNEY JOHN LENNON | EFO 142261 | 05-15-1970 |
| 05-11-2026 | LOVELY LINDA, THE | PAUL MCCARTNEY | EF 35049 | 05-11-1970 |
| 07-08-2026 | MAGGIE MAE (arrangement) | PAUL MCCARTNEY JOHN LENNON GEORGE HARRISON RICHARD STARKEY | EU 192932 | 07-08-1970 |
| 05-11-2026 | MAN, WE WAS LONELY | PAUL MCCARTNEY | EFO 142745 | 05-11-1970 |
| 05-11-2026 | MAYBE I'M AMAZED | PAUL MCCARTNEY | EFO 142741 | 05-11-1970 |
| 05-07-2026 | MOMMA MISS AMERICA | PAUL MCCARTNEY | EFO 142107 | 05-07-1970 |
| 05-15-2026 | ONE AFTER 909 | PAUL MCCARTNEY JOHN LENNON | EFO 142260 | 05-15-1970 |
| 05-11-2026 | OO YOU | PAUL MCCARTNEY | EFO 142742 | 05-11-1970 |
| 06-05-2026 | PENINA | PAUL MCCARTNEY | EU 186277 | 06-05-1970 |
| 06-05-2026 | SINGALONG JUNK | PAUL MCCARTNEY | EU 186276 | 06-05-1970 |

1

| PAUL MCCARTNEY TERMINATIONS | | | | |
|---|---|---|---|---|
| Effective Date of Termination | Title | Writer(s) | Registration Number | Registration Date |
| 05-11-2026 | TEDDY BOY | PAUL MCCARTNEY | EFO 142744 | 05-11-1970 |
| 05-11-2026 | THAT WOULD BE SOMETHING | PAUL MCCARTNEY | EFO 142743 | 05-11-1970 |
| 05-15-2026 | TWO OF US | PAUL MCCARTNEY JOHN LENNON | EFO 142259 | 05-15-1970 |
| 05-07-2026 | VALENTINE DAY | PAUL MCCARTNEY | EFO 142109 | 05-07-1970 |
| 03-18-2026 | YOU KNOW MY NAME (LOOK UP THE NUMBER) | PAUL MCCARTNEY JOHN LENNON | EFO 141139 | 03-18-1970 |