# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PAUL MCCARTNEY, an individual,

Plaintiff,

-v-

Case No. 17cv363

SONY/ATV MUSIC PUBLISHING LLC, a
Delaware Limited Liability Company, and
SONY/ATV TUNES LLC, a Delaware Limited
Liability Company,

Defendants.

## DECLARATION OF PAUL GOLDSTEIN IN SUPPORT OF MOTION
## TO ADMIT COUNSEL PRO HAC VICE

I, Paul Goldstein, do declare as follows:

1.    I am Of Counsel at the law firm of Morrison & Foerster LLP.

2.    I submit this declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.

3.    I am a member in good standing of the bars of the State of California, the State of New York, the U.S. District Court for the Central, Eastern and Northern Districts of California, the United States Court of Appeals Second, Ninth and Tenth Circuits, and the United States Supreme Court.  Attached is a Certificate of Good Standing from the Supreme Court of the State of California, and a Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York Second Judicial Department.

4.    I have never been convicted of a felony.

5.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.     There are no disciplinary proceedings presently against me in any state or federal court.

7.     I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in this case for plaintiff James Paul McCartney.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2017 at Palo Alto, California.

By: _____

Paul Goldstein
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: PGoldstein@mofo.com

sf-3733079