

Donald S. Zakarin
Partner
Direct Tel: 212- 326-0108
Direct Fax:  212-798-6306
dzakarin@pryorcashman.com

January 27, 2017

**FILED ELECTRONICALLY VIA ECF**

Honorable Edgardo Ramos
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007

      Re:    *McCartney v. Sony/ATV Music Publishing LLC et al*, No. 17-cv-363

Dear Judge Ramos:

      We are counsel to defendants Sony/ATV Music Publishing LLC and Sony/ATV Tunes LLC (collectively "Sony/ATV") in the above-captioned action. We write with Plaintiff's consent to request an extension of 30 days from February 9, 2017 to March 13, 2017 for Sony/ATV to answer, move or otherwise respond to the Complaint filed on January 18, 2017. The reasons for this request are that Sony/ATV needs additional time to evaluate the claims asserted and prepare its response in this matter and counsel for Sony/ATV also has immediate conflicting professional commitments with respect to a case scheduled for trial in Washington D.C. This is the first such request that Sony/ATV has made.

      If the Court approves of this request, we respectfully request that it "So Order" this letter. We thank the Court for its careful consideration of this matter.

                              Respectfully submitted,

                              /s/

                              Donald S. Zakarin

cc: All Counsel (via ECF)