# MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

March 15, 2017

Writer's Direct Contact
+1 (415) 268-7455
MJacobs@mofo.com

Filed Electronically Via ECF

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *McCartney v. Sony/ATV Music Publishing LLC, et al.*; Case No. 17cv363 (ER)

Dear Judge Ramos:

We are counsel to Plaintiff Paul McCartney in the above-captioned action. Pursuant to Rule 1.E. of Your Honor's Individual Practices, we write with Defendants' consent to request a brief adjournment of the pre-motion conference that Your Honor set for Wednesday, April 5, 2017 at 2:30 pm.  The reason for this request is that I will be out of the country during that week.  This is the first such request that Plaintiff has made.

We have conferred with Defendants' counsel, and the parties are available on Wednesday, April 19, 2017.  If that date does not work with Your Honor's schedule, we ask that the conference be set on the next available date.

If the Court approves of this request, we respectfully request that it "So Order" this letter.  We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Michael A. Jacobs

Michael A. Jacobs

ny-1275638