MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

June 29, 2017

Writer's Direct Contact
+1 (415) 268.7455
MJacobs@mofo.com

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *McCartney v. Sony/ATV Music Publishing LLC, et al.*, No. 17-cv-363 (ER)

Dear Judge Ramos:

I am writing on behalf of Plaintiff James Paul McCartney and Defendants Sony/ATV Music Publishing LLC and Sony/ATV Tunes LLC.

The parties have resolved this matter by entering into a confidential settlement agreement and jointly request that the Court enter the enclosed proposed order dismissing the above-referenced action without prejudice. The parties agree that each party shall bear its own costs and attorneys' fees. The proposed order further provides, consistent with a dismissal without prejudice, for the retention of jurisdiction by this Court should a dispute arise under the parties' agreement.

Pursuant to Local Civil Rule 77.1 and Your Honor's Individual Rule of Practice 1.F, the parties are also submitting the proposed order by email to the Court's Clerk.

Respectfully submitted,

*/s/ Michael A. Jacobs*

Michael A. Jacobs

cc: All Counsel of Record (via ECF)

sf-3768226