UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 6/29/2017
```

JAMES PAUL MCCARTNEY, an individual,

        Plaintiff,

        -v-

SONY/ATV MUSIC PUBLISHING LLC, a Delaware Limited Liability Company, and SONY/ATV TUNES LLC, a Delaware Limited Liability Company,

        Defendants.

**ORDER**

17-cv-363 (ER)

In light of the Settlement Agreement entered by the parties, IT IS HEREBY ORDERED THAT:

1. This matter is dismissed without prejudice.

2. James Paul McCartney, Sony/ATV Music Publishing LLC, and Sony/ATV Tunes LLC shall each bear their own costs and attorneys' fees.

3. The Court retains jurisdiction over this matter to enforce the terms of the parties' Settlement Agreement, should a dispute arise.

Date: June 29, 2017
      New York, New York

                                                    _____
                                                  Honorable Edgardo Ramos
                                                  United States District Judge

sf-3766722